**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OKLAHOMA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Nichols Brothers, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **73-1398995** | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **823 S. Detroit Ave, Suite 300** **Tulsa, OK 74120** Number, Street, City, State & ZIP Code | **P.O. Box 4470** **Tulsa, OK 74159** P.O. Box, Number, Street, City, State & ZIP Code |
| **Tulsa** County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Nichols Brothers, Inc.**

Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

2111

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☑ Yes.

| Debtor | **See Attachment** | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

Debtor  **Nichols Brothers, Inc.**                                                    Case number (*if known*) _____

     Name

---

**11.** **Why is the case filed in *this district?***    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

        Contact name _____

        Phone _____

---

■ **Statistical and administrative information**

---

**13.** **Debtor's estimation of available funds**   .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Nichols Brothers, Inc.**

Name

Case number (*if known*)

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June  1, 2018**

MM / DD / YYYY

**X** **/s/ Richard Nichols**

Signature of authorized representative of debtor

**Richard Nichols**

Printed name

Title   **President**

---

**18. Signature of attorney**

**X** **/s/ Gary M. McDonald**

Signature of attorney for debtor

Date   **June 1, 2018**

MM / DD / YYYY

**Gary M. McDonald 5960**

Printed name

**McDonald | McCann | Metcalf**

Firm name

**15 E. Fifth Street, Suite 1400**
**Tulsa, OK 74103**

Number, Street, City, State & ZIP Code

Contact phone   **918.430.3700**

Email address   **gmcdonald@mmmsk.com**

**5960**

Bar number and State

---

Debtor    **Nichols Brothers, Inc.**
_____    Case number (*if known*) _____
          Name

<table>
<tr><td colspan="2" style="background:black;color:white">**Fill in this information to identify your case:**</td></tr>
<tr><td>United States Bankruptcy Court for the:<br><br>NORTHERN DISTRICT OF OKLAHOMA _____</td></tr>
<tr><td>Case number (*if known*) _____    Chapter ___**11**___</td></tr>
</table>

☐ Check if this an
  amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Cano Petro of New Mexico, Inc.** | | Relationship to you | **Same/Similar Ownership** |
| District | **Northern District of Oklahoma** | When | Case number, if known | |
| Debtor | **Ladder Companies, Inc.** | | Relationship to you | **Same/Similar Ownership** |
| District | **Northern District of Oklahoma** | When | Case number, if known | |
| Debtor | **NBI Properties, Inc.** | | Relationship to you | **Same/Similar Ownership** |
| District | **Northern District of Oklahoma** | When | Case number, if known | |
| Debtor | **NBI Services, Inc.** | | Relationship to you | **Same/Similar Ownership** |
| District | **Northern District of Oklahoma** | When | Case number, if known | |
| Debtor | **Red Water Resources, Inc.** | | Relationship to you | **Same/Similar Ownership** |
| District | **Northern District of Oklahoma** | When | Case number, if known | |
| Debtor | **WO Operating Company, LTD** | | Relationship to you | **Same/Similar Ownership** |
| District | **Northern District of Oklahoma** | When | Case number, if known | |

**Fill in this information to identify the case:**

Debtor name     **Nichols Brothers, Inc.**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF OKLAHOMA

Case number (if known)     _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration     **Official Creditor List/Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **June  1, 2018**          X **/s/ Richard Nichols**
                                              Signature of individual signing on behalf of debtor

                                              **Richard Nichols**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Nichols Brothers, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF OKLAHOMA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ABRAHAM  TIM c/o R. BRENT BLACKSTOCK 401 S. Boston Ave Fifth Floor TULSA, OK 74103 | Brent Blackstock 918-607-1233 | Lawsuit | | | | $26,000.00 |
| AFCO DEPT 0809 PO BOx 120809 DALLAS, TX 75312-0809 | Thesha Anson 800-288-6901 | Insurance Financing | | | | $39,310.00 |
| CROWE & DUNLEVY 321 S. BOSTON, SUITE 500 TULSA, OK 74103-3313 | Jill Hairston 918-592-9833 | Legal Services | | | | $50,610.00 |
| DISPUTE RESOLUTION CONSULTANTS 1602 S MAIN TULSA, OK 74119 | Joe Paulk 918-382-0300 | Materials and Services | | | | $1,226.00 |
| E.B. ARCHBALD & ASSOC.  INC. 205 NW 63RD STREET OKLAHOMA CITY, OK 73116 | Brenda Williams 405-840-4411 | Materials and Services | | | | $31,110.00 |
| FITZGERALD ALEXANDER 2141 NORLOCK LAND DALLAS, TX 75201 | Clifford Fitzgerald 918-388-4734 | Miscellaneous | | | | $18,318.00 |

| Debtor | Nichols Brothers, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| FITZGERALD CLIFFORD & JUANITA 7400 AVERDEEN PARKWAY W TULSA, OK 74132 | Clifford Fitzgerald 918-388-4734 | Miscellaneous | | | | $62,080.00 |
| FITZGERALD  ED 29414 E. 160TH ST. S COWETA, OK 74429 | Clifford Fitzgerald 918-388-4734 | Miscellaneous | | | | $30,986.00 |
| FITZGERALD, RACHEL 2141 NORLOCK LAND DALLAS, TX 75201 | Clifford Fitzgerald 918-388-4734 | Miscellaneous | | | | $18,318.00 |
| GABLE GOTWALS COUNSEL 1100ONEOK PLAZA, 100 WEST TULSA, OK 74103-4217 | Barbara Moschovidis 918-595-4800 | Legal Services | | | | $18,440.00 |
| HARRY DANDELLES 2112 E. 60TH STREET TULSA, OK 74105 | Harry Dandelles 918-633-9567 | Pension | | | | $50,000.00 |
| HOGAN TAYLOR LLP PO BOX 1481 LOWELL, AR 72745 | Will Gilliam 918-745-2333 | Materials and Services | | | | $56,520.00 |
| LATHROP & GAGE LLP 2345 GRAND BOULEVARD KANSAS CITY, MI 64108-2618 | Dianna Smith 816-292-2000 | Legal Services | | | | $56,615.00 |
| MARTIN  ALAN c/o Jason Glass 401 S. Boston Ave, Suite 2300 TULSA, OK 74103 | Jason Glass 918-938-7944 | Miscellaneous | | | | $700,000.00 |
| MIDFIRST BANK, TRUSTEE OF TH 3847 S BOULEVARD SUITE 100 EDMOND, OK 73013 | Mark Houts 405-971-4029 | Lawsuit | | | | $35,000.00 |
| OKLAHOMA STATE UNIVERSITY 215 BUSINESS BUILDING STILLWATER, OK 74078-4014 | Annette Morey 918-594-8291 | Materials and Services | | | | $3,780.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Nichols Brothers, Inc.**                                                    Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **POPE  TERESA 10931 S. 86TH AVE. TULSA, OK 74133** | **Clifford Fitzgerald**<br><br>**918-388-4734** | **Miscellaneous** | | | | **$30,986.00** |
| **TULSA DATA CENTER LLC 2448 E. 81ST ST. SUITE 280 TULSA, OK 74137** | **Chris Adams**<br><br>**918-237-4400** | **Materials and Services** | | | | **$8,778.00** |
| **VEREBELYI  JOE c/o John Anderson 4444 East 66th Street, Suite 102 TULSA, OK 74136-4205** | **John Anderson**<br><br>**918-747-0060** | **Miscellaneous** | | | | **$243,800.00** |
| **ZURICH NORTH AMERICA 8734 PAYSPHERE CIRCLE CHICAGO, IL 60674** | **800-693-9466** | **Insurance** | | | | **$953.00** |

**Fill in this information to identify the case:**

Debtor name      **Nichols Brothers, Inc.**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF OKLAHOMA

Case number (if known)      _____

☐  Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                   **12/15**

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................................   $                **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................................................   $           **10,388.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.....................................................................................   $           **10,388.00**

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $      **29,987,695.09**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $           **50,000.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................   +$        **2,833,939.36**

4.   Total liabilities .......................................................................................................
   Lines 2 + 3a + 3b                                                                                     $      **32,871,634.45**

**Fill in this information to identify the case:**

Debtor name  **Nichols Brothers, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF OKLAHOMA

Case number (if known)  _____

☐ Check if this is an
    amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include all properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No.  Go to Part 2.
   ☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ☑ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

    | | | |
    | --- | --- | --- |
    | 8.1. | **Pre-Paid Business Insurance**<br>**Insurica Management Network** | **$10,388.00** |

9.  **Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.

    | **$10,388.00** |
    | --- |

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

    ☑ No.  Go to Part 4.
    ☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

    ☐ No.  Go to Part 5.
    ☑ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor     **Nichols Brothers, Inc.**                                              Case number *(If known)* _____
           Name

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.**     **Mutual funds or publicly traded stocks not included in Part 1**
           Name of fund or stock:

**15.**     **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
           Name of entity:                                % of ownership

| | | % | | |
|---|---|---|---|---|
| 15.1. | **NBI Services, Inc.** [filing for Chapter 11 along with Debtor] | **100** % | **Market** | **Unknown** |
| 15.2. | **NBI Properties, Inc.** [filing for Chapter 11 along with Debtor] | **100** % | **Market** | **Unknown** |
| 15.3. | **The Nichols Companies** | **100** % | **Market** | **Unknown** |

**16.**     **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
           Describe:

**17.**     **Total of Part 4.**                                                                    **$0.00**

           Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**     **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

**Part 8:**     **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

**Part 9:**     **Real property**

**54. Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor   **Nichols Brothers, Inc.**                                      Case number *(If known)* _____
         Name

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

---

Official Form 206A/B                  Schedule A/B Assets - Real and Personal Property                  page 3

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Nichols Brothers, Inc.**

Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $10,388.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $10,388.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $10,388.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Nichols Brothers, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OKLAHOMA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A | Column B |
|---|---|---|---|
|  |  | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1   Arena Limited SPV, LLC**

Creditor's Name

**405 Lexington Ave**
**New York, NY 10174**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Oil & Gas Assets held by Co-Debtors**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$8,996,308.53**     Column B: **Unknown**

---

**2.2   CrossFirst Bank**

Creditor's Name

**7120 S. Lewis**
**Tulsa, OK 74136**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/18/2014**

**Last 4 digits of account number**
**1907**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Oil & Gas Assets held by Co-Debtors**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **$11,995,078.01**     Column B: **Unknown**

---

Debtor   **Nichols Brothers, Inc.**                                    Case number (if know) _____
_____
Name

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Kirkpatrick Bank** | Describe debtor's property that is subject to a lien | **$5,997,539.03** | **Unknown** |

Creditor's Name

**222 NW 63rd Street
Oklahoma City, OK 73116**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Oil & Gas Assets held by Co-Debtors**

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Valley National Bank** | Describe debtor's property that is subject to a lien | **$2,998,769.52** | **Unknown** |

Creditor's Name

**2020 E. 21st Street
Tulsa, OK 74114**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Oil & Gas Assets held by Co-Debtors**

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$29,987,695.
09** |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name and address** | **On which line in Part 1 did
you enter the related creditor?** | **Last 4 digits of
account number for
this entity** |
| --- | --- | --- |

---

Official Form 206D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**            page 2 of 2

**Fill in this information to identify the case:**

Debtor name   **Nichols Brothers, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OKLAHOMA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**HARRY DANDELLIS**<br>**2112 E. 60TH STREET**<br>**TULSA, OK 74105** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50,000.00 | $50,000.00 |
| Date or dates debt was incurred<br>**08/01/17** | Basis for the claim:<br>**Pension** | | |
| Last 4 digits of account number **N100**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**ABRAHAM  TIM**<br>**c/o R. BRENT BLACKSTOCK**<br>**401 S. Boston Ave**<br>**Fifth Floor**<br>**TULSA, OK 74103** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $26,000.00 |
| Date(s) debt was incurred  **04/12/18**<br>Last 4 digits of account number  **R100** | Basis for the claim:  **Lawsuit**<br>Is the claim subject to offset? ☑ No ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address<br>**AFCO**<br>**DEPT 0809**<br>**PO BOx 120809**<br>**DALLAS, TX 75312-0809** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $39,310.00 |
| Date(s) debt was incurred  **03/01/18**<br>Last 4 digits of account number  **C100** | Basis for the claim:  **Insurance Financing**<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Nichols Brothers, Inc.** | | Case number *(if known)* | |
| | Name | | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,610.00** |
| | **CROWE & DUNLEVY**<br>**321 S. BOSTON, SUITE 500**<br>**TULSA, OK 74103-3313** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  12/31/17** | **Basis for the claim:  Legal Services** | |
| | **Last 4 digits of account number  O100** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,226.00** |
| | **DISPUTE RESOLUTION CONSULTANTS**<br>**1602 S MAIN**<br>**TULSA, OK 74119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  12/21/17** | **Basis for the claim:  Materials and Services** | |
| | **Last 4 digits of account number  S100** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,110.00** |
| | **E.B. ARCHBALD & ASSOC. INC.**<br>**205 NW 63RD STREET**<br>**OKLAHOMA CITY, OK 73116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  01/04/17** | **Basis for the claim:  Materials and Services** | |
| | **Last 4 digits of account number  A100** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,318.00** |
| | **FITZGERALD ALEXANDER**<br>**2141 NORLOCK LAND**<br>**DALLAS, TX 75201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  03/20/17** | **Basis for the claim:  Miscellaneous** | |
| | **Last 4 digits of account number  T550** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,080.00** |
| | **FITZGERALD CLIFFORD & JUANITA**<br>**7400 AVERDEEN PARKWAY W**<br>**TULSA, OK 74132** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  03/20/17** | **Basis for the claim:  Miscellaneous** | |
| | **Last 4 digits of account number  T600** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,986.00** |
| | **FITZGERALD ED**<br>**29414 E. 160TH ST. S**<br>**COWETA, OK 74429** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  03/20/17** | **Basis for the claim:  Miscellaneous** | |
| | **Last 4 digits of account number  T500** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,318.00** |
| | **FITZGERALD, RACHEL**<br>**2141 NORLOCK LAND**<br>**DALLAS, TX 75201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  03/20/17** | **Basis for the claim:  Miscellaneous** | |
| | **Last 4 digits of account number  T555** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Nichols Brothers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,440.00** |
|---|---|---|---|

**GABLE GOTWALS COUNSEL**
**1100ONEOK PLAZA, 100 WEST**
**TULSA, OK 74103-4217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/06/17**

Basis for the claim:  **Legal Services**

Last 4 digits of account number  **B100**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$56,520.00** |
|---|---|---|---|

**HOGAN TAYLOR LLP**
**PO BOX 1481**
**LOWELL, AR 72745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/31/16**

Basis for the claim:  **Materials and Services**

Last 4 digits of account number  **G100**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$56,615.00** |
|---|---|---|---|

**LATHROP & GAGE LLP**
**2345 GRAND BOULEVARD**
**KANSAS CITY, MI 64108-2618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/05/16**

Basis for the claim:  **Legal Services**

Last 4 digits of account number  **T500**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
|---|---|---|---|

**LIKES  MERRILL**
**PO BOX 2696**
**EDMOND, OK 73083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/12/18**

Basis for the claim:  **Miscellaneous**

Last 4 digits of account number  **K100**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$700,000.00** |
|---|---|---|---|

**MARTIN  ALAN**
**c/o Jason Glass**
**401 S. Boston Ave, Suite 2300**
**TULSA, OK 74103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/12/18**

Basis for the claim:  **Miscellaneous**

Last 4 digits of account number  **R650**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,000.00** |
|---|---|---|---|

**MIDFIRST BANK, TRUSTEE OF TH**
**3847 S BOULEVARD SUITE 100**
**EDMOND, OK 73013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/13/18**

Basis for the claim:  **Lawsuit**

Last 4 digits of account number  **D800**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,780.00** |
|---|---|---|---|

**OKLAHOMA STATE UNIVERSITY**
**215 BUSINESS BUILDING**
**STILLWATER, OK 74078-4014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/30/16**

Basis for the claim:  **Materials and Services**

Last 4 digits of account number  **L450**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Nichols Brothers, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65,243.39**

Orville B. Nichols
823 S. Detroit, Suite 300
Tulsa, OK 74120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shareholder Loan**

Last 4 digits of account number  **0200**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,986.00**

POPE  TERESA
10931 S. 86TH AVE.
TULSA, OK 74133

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/20/17**

Basis for the claim:  **Miscellaneous**

Last 4 digits of account number  **P500**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,335,855.97**

Richard J. Nichols
823 S. Detroit, Suite 300
Tulsa, OK 74120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shareholder Loan**

Last 4 digits of account number  **0300**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,778.00**

TULSA DATA CENTER LLC
2448 E. 81ST ST. SUITE 280
TULSA, OK 74137

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/01/17**

Basis for the claim:  **Materials and Services**

Last 4 digits of account number  **L455**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

U.S. SPECIALTY INSURANCE BONDS
8350 N. CENTRAL EXPRESSWAY
DALLAS, TX 75206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Bonds/Legal Action**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$243,800.00**

VEREBELYI  JOE
c/o John Anderson
4444 East 66th Street, Suite 102
TULSA, OK 74136-4205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/23/17**

Basis for the claim:  **Miscellaneous**

Last 4 digits of account number  **R100**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$953.00**

ZURICH NORTH AMERICA
8734 PAYSPHERE CIRCLE
CHICAGO, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/30/17**

Basis for the claim:  **Insurance**

Last 4 digits of account number  **R100**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor   **Nichols Brothers, Inc.**                                    Case number (if known) _____
         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
         Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 50,000.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,833,939.36 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,883,939.36 |

**Fill in this information to identify the case:**

Debtor name **Nichols Brothers, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OKLAHOMA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*                *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name   **Nichols Brothers, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OKLAHOMA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Cano Petro of New Mexico, Inc.** | **P.O. Box 4470 Tulsa, OK 74159** | **Arena Limited SPV, LLC** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Cano Petro of New Mexico, Inc.** | **P.O. Box 4470 Tulsa, OK 74159** | **CrossFirst Bank** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Cano Petro of New Mexico, Inc.** | **P.O. Box 4470 Tulsa, OK 74159** | **Kirkpatrick Bank** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Cano Petro of New Mexico, Inc.** | **P.O. Box 4470 Tulsa, OK 74159** | **Valley National Bank** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Cano Petro of New Mexico, Inc.** | **P.O. Box 4470 Tulsa, OK 74159** | **U.S. SPECIALTY INSURANCE BONDS** | ☐ D _____<br>■ E/F ___3.21___<br>☐ G _____ |

Debtor    **Nichols Brothers, Inc.**       Case number *(if known)* _____

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**            Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.6 | **Ladder Companies, Inc.** | P.O. Box 4470 Tulsa, OK 74159 | **Arena Limited SPV, LLC** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.7 | **Ladder Companies, Inc.** | P.O. Box 4470 Tulsa, OK 74159 | **CrossFirst Bank** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.8 | **Ladder Companies, Inc.** | P.O. Box 4470 Tulsa, OK 74159 | **Kirkpatrick Bank** | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.9 | **Ladder Companies, Inc.** | P.O. Box 4470 Tulsa, OK 74159 | **Valley National Bank** | ■ D __2.4__ ☐ E/F ____ ☐ G ____ |
| 2.10 | **Ladder Companies, Inc.** | P.O. Box 4470 Tulsa, OK 74159 | **U.S. SPECIALTY INSURANCE BONDS** | ☐ D ____ ■ E/F __3.21__ ☐ G ____ |
| 2.11 | **NBI Properties, Inc.** | P.O. Box 4470 Tulsa, OK 74159 | **Arena Limited SPV, LLC** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.12 | **NBI Properties, Inc.** | P.O. Box 4470 Tulsa, OK 74159 | **CrossFirst Bank** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.13 | **NBI Properties, Inc.** | P.O. Box 4470 Tulsa, OK 74159 | **Kirkpatrick Bank** | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |

---

Debtor **Nichols Brothers, Inc.**

Case number *(if known)* _____

| ▉ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **NBI Properties, Inc.** | P.O. Box 4470<br>Tulsa, OK 74159 | **Valley National Bank** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | **NBI Properties, Inc.** | P.O. Box 4470<br>Tulsa, OK 74159 | **U.S. SPECIALTY INSURANCE BONDS** | ☐ D _____<br>■ E/F ___3.21___<br>☐ G _____ |
| 2.16 | **NBI Services, Inc.** | P.O. Box 4470<br>Tulsa, OK 74159 | **Arena Limited SPV, LLC** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | **NBI Services, Inc.** | P.O. Box 4470<br>Tulsa, OK 74159 | **CrossFirst Bank** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | **NBI Services, Inc.** | P.O. Box 4470<br>Tulsa, OK 74159 | **Kirkpatrick Bank** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | **NBI Services, Inc.** | P.O. Box 4470<br>Tulsa, OK 74159 | **Valley National Bank** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.20 | **NBI Services, Inc.** | P.O. Box 4470<br>Tulsa, OK 74159 | **U.S. SPECIALTY INSURANCE BONDS** | ☐ D _____<br>■ E/F ___3.21___<br>☐ G _____ |
| 2.21 | **Red Water Resources, Inc.** | P.O. Box 4470<br>Tulsa, OK 74159 | **Arena Limited SPV, LLC** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Nichols Brothers, Inc.** | Case number *(if known)* | |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | **Red Water Resources, Inc.** | P.O. Box 4470 Tulsa, OK 74159 | **CrossFirst Bank** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.23 | **Red Water Resources, Inc.** | P.O. Box 4470 Tulsa, OK 74159 | **Kirkpatrick Bank** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | **Red Water Resources, Inc.** | P.O. Box 4470 Tulsa, OK 74159 | **Valley National Bank** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.25 | **WO Operating Company, LTD** | P.O. Box 4470 Tulsa, OK 74159 | **Arena Limited SPV, LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.26 | **WO Operating Company, LTD** | P.O. Box 4470 Tulsa, OK 74159 | **CrossFirst Bank** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.27 | **WO Operating Company, LTD** | P.O. Box 4470 Tulsa, OK 74159 | **Kirkpatrick Bank** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.28 | **WO Operating Company, LTD** | P.O. Box 4470 Tulsa, OK 74159 | **Valley National Bank** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.29 | **WO Operating Company, LTD** | P.O. Box 4470 Tulsa, OK 74159 | **U.S. SPECIALTY INSURANCE BONDS** | ☐ D _____<br>■ E/F __3.21__<br>☐ G _____ |

| Fill in this information to identify the case: |
| --- |

Debtor name **Nichols Brothers, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF OKLAHOMA**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:** From **1/01/2018** to **Filing Date** | ☐ Operating a business<br>■ Other   **Other** | **$0.00** |
   | **For prior year:** From **1/01/2017** to **12/31/2017** | ☐ Operating a business<br>■ Other   **Other** | **$0.00** |
   | **For year before that:** From **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>■ Other   **Other** | **$0.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
   | --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
   | --- | --- | --- | --- |

| Debtor | **Nichols Brothers, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **SEE ATTACHED EXHIBIT 2** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **SEE ATTACHED EXHIBIT 3** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **SEE ATTACHED EXHIBIT 1** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

Debtor   **Nichols Brothers, Inc.**                              Case number *(if known)*

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

**Part 8:    Health Care Bankruptcies**

Debtor    **Nichols Brothers, Inc.**                                     Case number *(if known)*

---

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

| **Part 9:** | **Personally Identifiable Information** |
| --- | --- |

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
| --- | --- |

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
| --- | --- |

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

Debtor   **Nichols Brothers, Inc.**                                                                    Case number *(if known)*

not list leased or rented property.

■ None

<table>
<tr><td><strong>Part 12:</strong></td><td><strong>Details About Environment Information</strong></td></tr>
</table>

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

<table>
<tr><td><strong>Part 13:</strong></td><td><strong>Details About the Debtor's Business or Connections to Any Business</strong></td></tr>
</table>

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |
| 25.1.  **NBI Services, Inc.**<br>**823 S. Detroit, Suite 300**<br>**Tulsa, OK 74120** | **NBI Services, Inc. is a wholly owned subsidiary of Debtor** | EIN:  **73-1218428**<br><br>From-To  **06/07/1984 - Current** |
| 25.2.  **NBI Properties, Inc.**<br>**823 S. Detroit, Suite 300**<br>**Tulsa, OK 74120** | **NBI Properties, Inc. is a wholly owned subsidiary of Debtor** | EIN:  **73-1516445**<br><br>From-To  **12/23/1996 - Current** |

Debtor   **Nichols Brothers, Inc.**                                        Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| **25.3.**  **The Nichols Companies**  **823 S. Detroit, Suite 300**  **Tulsa, OK 74120** | **The Nichols Companies is a**  **wholly owned subsidiary of Debtor** | **Dates business existed**  EIN:   **73-1006025**  From-To   **12/08/2006 - Current** |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| **26a.1.**  **Phillip Burch**  **P.O. Box 4470**  **Tulsa, OK 74159** | **Previous 2 Years**  **[Minumum]** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| **26d.1.**  **CrossFirst Bank**  **7120 S. Lewis**  **Tulsa, OK 74136** | |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Richard J. Nichols** | **P.O. Box 4470**  **Tulsa, OK 74159** | **Director; President** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Orville B. Nichols** | **P.O. Box 4470**  **Tulsa, OK 74159** | **Director; Secretary and Vice President** | **50%** |

Debtor   **Nichols Brothers, Inc.**                                          Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|------------------------|
| Phillip Burch | P.O. Box 4470 Tulsa, OK 74159 | Chief Financial Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|------------------------|
| Mark Jackson | P.O. Box 4470 Tulsa, OK 74159 | Chief Restructuring Officer | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ☐ No
   ■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| Nichols Brothers, Inc. | EIN:   73-1398995 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

Debtor   **Nichols Brothers, Inc.**                                    Case number *(if known)*

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 1, 2018**

**/s/ Richard Nichols**                               **Richard Nichols**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

# EXHIBIT 1 TO FORM 207/STATEMENT OF FINANCIAL AFFAIRS
## Legal Actions/Administrative Proceedings/Court Actions/Etc.

| Case Style (Defendant) | Court Venue | Case Number | Date Opened | Claim Exposure |
|---|---|---|---|---|
| Lorance v. Red Water Resources & Robert McKenzie | Bowie Co., TX | 14C0255-102 | Filed: 3/10/14 Served: 3/21/14 | (1) Trespass, (2) Breach of Contract, (3) Negligence, (4) Nuisance >$1,000,000 |
| **Martin v. Nichols Brothers** | Tulsa Co., OK | CJ-2015-03838 | Filed: 10/16/15 Served: 11/9/15 | Breach of PSA/Promissory Note - $700,000 |
| Abraham v. Pacer, et al. | Creek Co., OK | CJ-2016-57 | Filed: 2/22/16 Served: 2/29/16 | $16,461.77 for production $6,397.75 for interest |
| Nicolai v. NBI Services | Blaine Co., OK | CJ-2016-36 | Filed: 9/19/16 Served: 2/27/17 | Nicolai Lease Cancellation |
| Core Resources v. NBI | Blaine Co., OK | CV-2017-24 | Filed: 2/28/17 Served: 3/6/17 | Nicolai Lease Cancellation |
| **Likes v. Peak Methods** | Tulsa Co., OK | CJ-2017-01416 | Filed: 4/12/17 Served: 5/10/17 | Breach of Contract $180,000 |
| Raydon Exploration v. NBI | Kingfisher Co., OK | CV-2018-23 old CV-2017-49 | Filed: 2/21/18 Served 3/14/18 | Lease Cancellation |
| HighPointe Energy v. NBI (2017-52) | Kingfisher Co., OK | CV-2017-52 | Filed: 5/1/17 Served: 5/5/17 | Lease Cancellation |
| HighPointe Energy v. NBI (2017-60) | Kingfisher Co., OK | CV-2017-60 | Filed: 5/10/15 Served: 5/12/17 | Lease Cancellation |

# EXHIBIT 1 TO FORM 207/STATEMENT OF FINANCIAL AFFAIRS
## Legal Actions/Administrative Proceedings/Court Actions/Etc.

| Case Style (Defendant) | Court Venue | Case Number | Date Opened | Claim Exposure |
|---|---|---|---|---|
| HighPointe Energy v. NBI (2017-74) | Kingfisher Co., OK | CV-2017-74 | Filed 6/13/17 Served 6/6/19/17 | Lease Cancellation |
| Black Acre Minerals v. NBI Services, Inc. | Kingfisher Co. OK | CV-2017-68 | Filed 6/2/17 Served 6/7/17 | Lease Cancellation |
| Continental Resources v NBI Services | Oklahoma Co, OK | CJ- 2017-6367 | Filed 11/7/17; Served 11/10/17 | Breach of Agreement |
| Traynor Oil & Gas Inc. v Dalco Petroleum | Kingfisher County | CV-2017-78 | Filed 11-13-17; Served 11-21-17 | Lease Cancellation |
| US Specialty Insurance Company v Cano Petroleum, Inc., Square One Energy, Inc., WO Operating Company, Ltd, Ladder Companies, Inc., NBI Services, Inc., NBI Properties, Inc. Nichols Brothers, Inc., Cano Petroleum of New Mexico, Inc. | Harris County Texas | 2017-65145/Court 127 | Filed 10/2/2017 | Bond assurance |
| **State of New Mexico OCD v Cano Petro of New Mexico** | New Mexico - State Energy Minerals and natural Resources Department | OCD case No 16040 | served 2-28-18 | Compliance |
| Crossfirst Bank v NBI Properties, et al | US District Court for Northern District of Ok | 18 CV 147TCK-JFJ | Filed 3-16-18 | Loan Foreclosure |
| All Lit Up Electric, LLC v. NBI Services | Osage Co. Ok | CJ-2018-00048 | Filed 3/21/2018 Served 3/23/18 | Debt Collection |
| All Lit Up Electric, LLC v. Ladder Companies | Osage Co. Ok | CJ-2018-00049 | Filed 3/21/2018 Served 3/23/18 | Debt Collection |

# PAGE 3
## EXHIBIT 1 TO FORM 207/STATEMENT OF FINANCIAL AFFAIRS
## Legal Actions/Administrative Proceedings/Court Actions/Etc.

| Case Style (Defendant) | Court Venue | Case Number | Date Opened | Claim Exposure |
|---|---|---|---|---|
| E.B. Archbald & Associates vs. NOCO Investment aka The Nichols Companies | Tulsa Co., OK | CJ-18-1316 | Filed 3-26-18 Served 4-5-18 | Debt Collection |
| MidFirst Bank, Ttee Lewis Jackson Trust & Kirkpatrick Foundation v. Pacer Energy Marketing | Creek Co., OK | CJ-2016-181 | Filed: 6/24/16 Served: 6/30/16 | OK PRSA Violation Jackson claim: $34,935.33 Kirkpatrick claim: $7,655.81 |
| William Arrington v WO Operating | Carson Co TX | 11993 | Filed 10-6-2017 | Trespass |
| Freeman Mills PC v NBI Services, Inc. and Nichols Companies, Inc. | Bowie County TX | 17C1463-102 | Filed 11/27/17 served 2-1-18 Filed answer 3-5-18 | Debt Collection |
| OCC v NBI (Ladder) | Tulsa, OK | | Notice: 4/29/16 | Plug or produce |
| OCC v. NBI Services | Tulsa Div., OK | | Filed: 4/21/16 Served: 4/25/16 | Plugging costs plus shut-in of B&N Bartlesville Sand Unit |
| Mitchell & DeClerck v. NBI | Garfield Co., OK | SC-2017-242 | Filed: 3/1/17 Served: 3/14/17 | Indebtedness $7,089 |
| Verebelyi v. Nichols & Peak | Johnson Co., KS removed to US DC of KS | 2:15-CV-09456 | Filed: 9/28/15 Served: 10/6/15 | Breach of Contract $175,169.02 for unpaid wages $175,169.02 statutory penalty |

**Exhibit 2 to Form 207 - Statement of Financial Affairs**
**Payments Made to Creditors Within Last 90 Days**

## Nichols Brothers, Inc.

| Creditor's Name | Creditor's Address | Dates | Total Payments | Reasons for Payment or Transfer |
|---|---|---|---|---|
| ADVANCES DATA SYSTEMS INC. | 6817 E. 118TH ST BIXBY, OK 74008 | 3/02/18 - 5/24/18 | $ 15,925.00 | materials and services |
| CAPITAL ONE BANK (USA) N.A. | P.O. BOX 60599 CITY OF INDUSTRY, CA 91716 | 3/07/18 - 5/24/18 | $ 11,228.22 | credit card |
| CATHEDRAL DISTRICT OFFICE PORTFOLIO LLC | 1401 S. BOULDER AVE. TULSA, OK 74119 | 3/27/18 - 5/22/18 | $ 96,912.00 | rent |
| CITIBUSINESS CARD | P.O. BOX 78045 PHEONIX, AZ 85062 | 3/02/18 - 5/22/18 | $ 51,616.84 | credit card |
| INSURICA | 406 S. BOULDER AVE., TULSA OK 74103 | 3/1/18 - 5/31/18 | $ 38,822.14 | insurance |
| IPFS CORPORATION | P.O.BOX 412086 KANSAS CITY, MO 64141 | 3/15/18 - 5/18/18 | $ 14,658.03 | insurance |
| ROONEY INSURANCE AGENCY INC. | 4700 S. GARNETT ROAD SUITE 200 TULSA, OK 74746 | 3/21/18 - 5/24/18 | $ 24,551.00 | insurance |
| **TOTAL** | | | **$ 253,713.23** | |

**NICHOLS'S BROTHERS**
**EXHIBIT 3 to Statement of Financial Affairs - Payments to Insiders within Last 1 Year**

| Insider's Name | Address | Relationship to Debtor | Dates | Total Payments | Reasons for Payment or Transfer |
|---|---|---|---|---|---|
| BURCH, PHIL | P.O.BOX 4470 TULSA, OK 47159 | officer | 6/13/17 - 8/17/17 | $ 6,776.26 | expenses |
| NICHOLS, ORVILLE | P.O.BOX 4470 TULSA, OK 47159 | owner | 3/13/18 - 5/22/18 | $ 22,470.83 | repay loan |
| NICHOLS, RICHARD | P.O.BOX 4470 TULSA, OK 47159 | owner | 9/21/17 - 5/22/18 | $ 35,518.41 | repay loan |
| **TOTAL** | | | | **$ 64,765.50** | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Oklahoma

In re    **Nichols Brothers, Inc.** _____    Case No. _____

                                            Debtor(s)    Chapter    **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
      compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
      be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

        For legal services, I have agreed to accept ................................    $  _____ **0.00**

        Prior to the filing of this statement I have received ...................    $  _____ **0.00**

        Balance Due ................................................................    $  _____

2.    The source of the compensation paid to me was:

    ☐ Debtor    ☑ Other (specify):    **All attorneys fees and costs have been paid by NBI Services, Inc., an entity
      related to the Debtor that is also filing for Chapter 11 Bankruptcy
      contemporaneously with this Petition.  For all 7 related entities a total of
      $148,771.00 has been paid.  The firm holds a retainer of $75,000.00 in its Trust
      Account.**

3.    The source of compensation to be paid to me is:

    ☐ Debtor    ☑ Other (specify):

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  All matters related to Chapter 11 Bankruptcy, including but not limited to reorganization and/or liquidation.

---

## CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**June  1, 2018** _____    **/s/ Gary M. McDonald** _____
_Date_                                          **Gary M. McDonald 5960**
                                                _Signature of Attorney_
                                                **McDonald | McCann | Metcalf**
                                                **15 E. Fifth Street, Suite 1400**
                                                **Tulsa, OK 74103**
                                                **918.430.3700**
                                                **gmcdonald@mmmsk.com**
                                                _Name of law firm_

---

# United States Bankruptcy Court
## Northern District of Oklahoma

In re    **Nichols Brothers, Inc.**          Case No. _____

                              Debtor(s)       Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Orville Nichols**<br>**823 S. Detroit, Suite 300**<br>**Tulsa, OK 74120** | | | **50% Ownership Interest** |
| **Richard Nichols**<br>**823 S. Detroit, Suite 300**<br>**Tulsa, OK 74120** | | | **50% Ownership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **June  1, 2018** _____        Signature   **/s/ Richard Nichols** _____

                                                       **Richard Nichols**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

6/01/18  4:02PM

Revised 02/2012

# United States Bankruptcy Court
## Northern District of Oklahoma

In re **Nichols Brothers, Inc.**  Case No. _____

Debtor(s)  Chapter  **11**

## VERIFICATION AS TO OFFICIAL CREDITOR LIST

■ Original
☐ Amendment
☐ Add    ☐ Delete

I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on the Creditor List Submission application, or uploaded to the Electronic Case Filing System is a true, correct and complete listing to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

**If this filing is an amendment to the creditor list, indicate only the number of creditors being added or to be deleted at this time. (For verification purposes, attach a list of the creditors being submitted, uploaded, or to be deleted.)**

___**93**___ # of Creditors (or if amended, # of creditors added)

Method of submission:
a) ___**X**___ uploaded to Electronic Case Filing System; or
b) _____ Creditor List Submission application (to be used by Pro Se filers, found on the Court's website at www.oknb.uscourts.gov, or available in the Clerk's Office)
_____ # of Creditors (on attached list) to be deleted

**/s/ Richard Nichols**
_____
Debtor Signature
Address:(if not represented by an attorney)

_____

_____
Phone:(if not represented by an attorney)

_____
Joint Debtor Signature
Address:(if not represented by an attorney)

_____

_____
Phone:(if not represented by an attorney)

**/s/ Gary M. McDonald**
_____
Attorney Signature
**Gary M. McDonald 5960**
**McDonald | McCann | Metcalf**
**15 E. Fifth Street, Suite 1400**
**Tulsa, OK 74103-0000**
**918.430.3700**


**gmcdonald@mmmsk.com**

Date: **June  1, 2018**

*[Check if applicable]*
___ Creditors with foreign addresses included

```
ABRAHAM  TIM
c/o R. BRENT BLACKSTOCK
401 S. Boston Ave
Fifth Floor
TULSA, OK 74103

AFCO
DEPT 0809
PO BOx 120809
DALLAS, TX 75312-0809

Alan Martin
Savage Baum & Glass Attn: Jason Glass
15 E 5th Street
Tulsa, OK 74103

Alan Martin
Cable Law PLLC Attn: Brett D. Cable
438 Carl Albert Pkwy
McAlester, OK 74501

Arena Limited SPV, LLC
405 Lexington Ave
New York, NY 10174

Axis- Spencer Fane LLP
Attn: Paul Trimble
9400 N Broadway Extension
Suite 600
Oklahoma City, OK 73114

Black Acres c/o Harrison & Mecklenburg,
Attn: Travis Cagle
P.O. Box 2354
Stillwater, OK 74076

Bureau of Land Management of New Mexico
301 Dinosaur Trail
Santa Fe, NM 87508

Bureau of Land Management of Oklahoma
201 Stephenson Parkway
Suite 1200
Norman, OK 73072

Cano Petro of New Mexico, Inc.
P.O. Box 4470
Tulsa, OK 74159

Carns Curtiss Law, PLLC
Attn: Susan Carns Curtis
525 Northwest 13th Street
Oklahoma City, OK 73103
```

Chesapeake
Attn: Christina Forth
P.O. Box 18496
Oklahoma City, OK 73154

Chrisholm c/o Hall Estill
Attn: James Hardwick
320 South Boston Ave
Suite 200
Tulsa, OK 74103

Core Resources - McAlister, McAlister, B
PO Box 1569
Edmond, OK 73083-1569

CrossFirst Bank
7120 S. Lewis
Tulsa, OK 74136

CROWE & DUNLEVY
321 S. BOSTON, SUITE 500
TULSA, OK 74103-3313

DISPUTE RESOLUTION CONSULTANTS
1602 S MAIN
TULSA, OK 74119

E.B. ARCHBALD & ASSOC.  INC.
205 NW 63RD STREET
OKLAHOMA CITY, OK 73116

FITZGERALD  ALEXANDER
2141 NORLOCK LAND
DALLAS, TX 75201

FITZGERALD  CLIFFORD & JUANITA
7400 AVERDEEN PARKWAY W
TULSA, OK 74132

FITZGERALD  ED
29414 E. 160TH ST. S
COWETA, OK 74429

FITZGERALD, RACHEL
2141 NORLOCK LAND
DALLAS, TX 75201

Freeman Mills PC
Attn: Vance Freeman
2020 Bill Owens Pkwy
Suite 200
Longview, TX 75604

```
Frost Bank
Attn: Glenn White/Karl Hirsch
901 Cedar Lake Boulevard
Oklahoma City, OK 73114

GABLE GOTWALS COUNSEL
1100ONEOK PLAZA, 100 WEST
TULSA, OK 74103-4217

Gamma Oil & Gas
Attn: Efstathois Giannakopiylos
537 N.W. 174th Street
Edmond, OK 73102

Harrison & Mecklenburg, Inc.
Attn: Ralph Harrison; Austin Evans/Jaren
P.O. Box 658
Kingfisher, OK 73750

HARRY DANDELLES
2112 E. 60TH STREET
TULSA, OK 74105

Heritage - GableGotwals
Attn: Eric King, Philip Schovaneic, Lewi
One Leadership Square
15th floor
Oklahoma City, OK 73102

HIghpointe - Harrison & Mecklenburg, Inc
Attn: Michelle Nabors/Austin Evans
P.O.Box 658
Kingfisher, OK 73750

HOGAN TAYLOR LLP
PO BOX 1481
LOWELL, AR 72745

Houts Law PLLC
Attn: Mark Houts
3847 S Boulevard, Suite 100
Edmond, OK 73013

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JEH Oil & Gas
Attn: James E Hall
6605 South Hwy 349
Midland, TX 79706

Kirkpatrick Bank
222 NW 63rd Street
Oklahoma City, OK 73116
```

Ladder Companies, Inc.
P.O. Box 4470
Tulsa, OK 74159

LATHROP & GAGE LLP
2345 GRAND BOULEVARD
KANSAS CITY, MI 64108-2618

Law Office of Raymond B. Roush
525 Northwest 13th Street
Oklahoma City, OK 73103

Lee, Goodwin, Lee, Lewis & Dobson
Attn: Jon Lee
1300 E 9th Street
Suite 1
Edmond, OK 73034

LIKES  MERRILL
PO BOX 2696
EDMOND, OK 73083

Marathon - Elias
Attn: L. Vance Brown
Two Leadership Square
Suite 1300
Oklahoma City, OK 73102

Marathon - Elias, Books, Brown & Nelson
Attn: L. Vance Brown/Jay Dodson
Two Leadership Square
Suite 1300
Oklahoma City, OK 73102

MARTIN  ALAN
c/o Jason Glass
401 S. Boston Ave, Suite 2300
TULSA, OK 74103

McAlister, McAlister, Baker & Nicklas
Attn: Brandon Baker/Ryan Jones
P.O. Box 1569
Edmond, OK 73083

Merril Likes
Rubenstein & Pitts, PLLC Attn: Craig Pit
1503 E 19th Street
Edmond, OK 73013

MIDFIRST BANK, TRUSTEE OF TH
3847 S BOULEVARD SUITE 100
EDMOND, OK 73013

```
MJRSR
Attn: Merrill J. Reynolds, Jr.
258 Winterberry Cove
New Braunfels, TX 78132

NBI Properties, Inc.
P.O. Box 4470
Tulsa, OK 74159

NBI Services, Inc.
P.O. Box 4470
Tulsa, OK 74159

Newfield - Mahaffey & Gore
Attn: Travis Brown
300 N.E. 1st St.
Oklahoma City, OK 73104

Newfield - Mahaffey & Gore, P.C.
Attn: Travis Brown, Brady Smith, Lincoln
300 N.E. 1st St.
Oklahoma City, OK 73104

Newfield - Mahaffey & Gore, P.C.
Attn: Travis Brown
300 N.E. 1st St.
Oklahoma City, OK 73102

Office of the Attorney General
State of Texas
PO Box 12548
Austin, TX 78711-2548

Office of the Attorney General
State of Oklahoma
313 NE 21st Street
Oklahoma City, OK 73105

Office of the Attorney General
State of New Mexico
408 Galisteo Street
Santa Fe, NM 87501

Oil Conservation Division of NN
1220 S St Francis Dr.
#3
Santa Fe, NM 87505

OK Dept. of Environmental Quality
P.O. Box 1677
Oklahoma City, OK 73101-1677

Oklahoma Corporation Commission
P.O. Box 52000
Oklahoma City, OK 73152-2000
```

OKLAHOMA STATE UNIVERSITY
215 BUSINESS BUILDING
STILLWATER, OK 74078-4014

Oklahoma Tax Commission
General Counsel's Office
100 N Broadway Ave, Suite 1500
Oklahoma City, OK 73102-8601

Orville B. Nichols
823 S. Detroit, Suite 300
Tulsa, OK 74120

Owen Major c/o Harrison & Mecklenburg, I
Attn: Randy Mecklenburg
P.O. Box 658
Kingfisher, OK 73750

POPE  TERESA
10931 S. 86TH AVE.
TULSA, OK 74133

Railroad Commission of Texas
P.O. Box 12967
Austin, TX 78711-2967

Raydon - Andrews Davis, P.C.
Attn: Bradley Davenport
100 N Broadway
Suite 3300
Oklahoma City, OK 73120

Raydon - Schulte, Schneiter & Gibson,P.L
Attn: Lane Schneiter
302 N Main Street
Kingfisher, OK 73750

Red Water Resources, Inc.
P.O. Box 4470
Tulsa, OK 74159

Richard J. Nichols
823 S. Detroit, Suite 300
Tulsa, OK 74120

Robert Lorance
Siebman Burg, Phillips & Smith (C. Siebm
300 N Travis Street
Sherman, TX 75090

Rumble - McAfee & Taft
Attn: Timonth Bomhoff; Laura Long; Nicho
Two Leadership Square
10th floor
Oklahoma City, OK 73102

```
Rumble c/o McAfee & Taft
Attn: Nicholas Coffey
Two Leadership Square
10th floor
Oklahoma City, OK 73102

Rumble c/o McAfee & Taft
Attn: Timonth Bomhoff/Laura Long/Riane F
Two Leadership Square
10th floor
Oklahoma City, OK 73102

Teton - Needham & Associates, LLC
Attn: Amy Wilson
410 N. Walnut Ave.
Suite 110
Oklahoma City, OK 73104

Texas General Land Office
P.O. Box 12873
Austin, TX 78711-2873

Tim Abraham
Brent Blackstock Attn: Brent Blackstock
6520 S Lewis Ave
Tulsa, OK 74136

Traynor c/o Gungoll, Jackson, Box & Devo
Attn: Emily Smith/Austin Keeney
101 Park Avenue
Suite 1400
Oklahoma City, OK 73102

TULSA DATA CENTER LLC
2448 E. 81ST ST. SUITE 280
TULSA, OK 74137

U.S. Attorney's Office
Northern District of Oklahoma
110 W. 7th St., Suite 300
Tulsa, OK 74119

U.S. Attorney's Office
Western District of Oklahoma
210 West Park Avenue, Suite 4
Oklahoma City, OK 73102

U.S. Attorney's Office
Eastern District of Oklahoma
520 Denison Ave
Muskogee, OK 74401
```

U.S. Attorney's Office
Northern District of Texas
1100 Commerce Street
Third Floor
Dallas, TX 75242-1699

U.S. Attorney's Office
Southern District of Texas
1000 Louisiana
Suite 2300
Houston, TX 77002

U.S. Attorney's Office
Eastern District of Texas
101 E. Park Blvd.
Suite 500
Plano, TX 75074

U.S. Attorney's Office
Western District of Texas
816 Congress Avenue
Suite 1000
Austin, TX 78701

U.S. Attorney's Office
District of New Mexico
201 3rd St NW
#900
Albuquerque, NM 87102

U.S. SPECIALTY INSURANCE BONDS
8350 N. CENTRAL EXPRESSWAY
DALLAS, TX 75206

US Specialty Insurance Company
Weinsten Radcliff Pipkin (R. Radcliff)
901 Main Street
Suite 600
Dallas, TX 75202

Valley National Bank
2020 E. 21st Street
Tulsa, OK 74114

VEREBELYI  JOE
c/o John Anderson
4444 East 66th Street, Suite 102
TULSA, OK 74136-4205

Warwick Jupiter - Elias, Books, Brown &
Attn: Eric Huddleston
Two Leadership Square
Suite 1300
Oklahoma City, OK 73102

```
WillisChild Oil & Gas
Attn: Jackie Willis
621 E Street
Snyder, OK 73566

WO Operating Company, LTD
P.O. Box 4470
Tulsa, OK 74159

ZURICH NORTH AMERICA
8734 PAYSPHERE CIRCLE
CHICAGO, IL 60674
```

# United States Bankruptcy Court
## Northern District of Oklahoma

In re   **Nichols Brothers, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Nichols Brothers, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June  1, 2018**

Date

**/s/ Gary M. McDonald**

**Gary M. McDonald 5960**

Signature of Attorney or Litigant

Counsel for  **Nichols Brothers, Inc.**

**McDonald | McCann | Metcalf**
**15 E. Fifth Street, Suite 1400**
**Tulsa, OK 74103**
**918.430.3700**
**gmcdonald@mmmsk.com**