IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

Filed/Docketed
Jan 11, 2019

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| IN RE NICHOLS BROTHERS, | ) | Case No. 18-11123-M |
| INC., et al.,[1] | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

ORDER GRANTING AMENDED MOTION TO SETTLE AND COMPROMISE
CLAIMS BY AND AGAINST THE RAILROAD COMMISSION OF
TEXAS AND NOTICE OF OPPORTUNITY FOR HEARING

THIS MATTER comes before the Court pursuant to the Amended Motion to Settle and Compromise Claims by and Against the Railroad Commission of Texas and Notice of Opportunity for Hearing [Docket No. 232] filed on December 17, 2018 (hereinafter, "Motion"), by W.O. Operating Company, Ltd. ("W.O. Operating"). The Court, upon reviewing the Motion, and in the absence of an objection to the same, finds as follows:

1. W.O. Operating, through its counsel, filed the Motion on December 17, 2018. The Motion was served in accordance with applicable rules and procedures of the Bankruptcy Code and Bankruptcy Rules. Pursuant to the Motion, objections were required to be filed on or before January 10, 2019. No objections have been filed.

2. The settlement between W.O. Operating and the Railroad Commission of Texas ("TRRC"), is reasonable and in the best interests of W.O. Operating and its bankruptcy estate. The Settlement was the product of arm's length negotiations between W.O. Operating and the TRRC.

IT IS HEREBY ORDERED that the Motion is granted; and it is further

---

[1] The Debtors in these jointly administered cases are: NICHOLS BROTHERS, INC., Case No. 18-11123-TLM; NBI PROPERTIES, INC., Case No. 18-11124-M; NBI SERVICES, INC., Case No. 18-11125-M; LADDER COMPANIES, INC., Case No. 18-11126-M; RED WATER RESOURCES, INC., Case No. 18-11127-M; CANO PETRO OF NEW MEXICO, INC., Case No. 18-11128-M; and W.O. OPERATING COMPANY, LTD., Case No. 18-11129-M.

2

ORDERED that the terms and conditions as set forth in the Motion and the Amended Settlement Agreement Term Sheet attached thereto, which are incorporated herein by reference, are approved by the Court pursuant to Federal Rule of Bankruptcy Procedure 9019, and that all parties are bound to perform and observe the same; and it is further

ORDERED that any issues pertaining to the Motion or the settlement shall be heard by this Court or any court of competent jurisdiction.

DATED this 11th day of January, 2019.

BY THE COURT:

TERRENCE L. MICHAEL
UNITED STATES BANKRUPTCY JUDGE