IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

Filed/Docketed
Jul 02, 2019

| | |
|---|---|
| IN RE: | ) |
| | ) |
| IN RE NICHOLS BROTHERS, INC., | ) Case No. 18-11123-M |
| et al.,[1] | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**ORDER GRANTING SECOND AMENDED MOTION TO SETTLE AND COMPROMISE CLAIMS BY AND AGAINST THE RAILROAD COMMISSION OF TEXAS AND NOTICE OF OPPORTUNITY FOR HEARING**

THIS MATTER comes before the Court pursuant to the Second Amended Motion to Settle and Compromise Claims By and Against the Railroad Commission of Texas and Notice of Opportunity for Hearing [Docket No. 378] filed on June 4, 2019 (hereinafter, "Motion"), by W.O. Operating Company, Ltd. ("W.O. Operating"). The Court, upon reviewing the Motion, and in the absence of an objection to the same, finds as follows:

1.  W.O. Operating, through its counsel, filed the Motion on June 4, 2019. The Motion was served in accordance with applicable rules and procedures of the Bankruptcy Code and Bankruptcy Rules. Pursuant to the Motion, objections were required to be filed on or before June 28, 2019. No objections have been filed.

2.  The settlement between W.O. Operating and the Railroad Commission of Texas ("TRRC"), is reasonable and in the best interests of W.O. Operating and its bankruptcy estate. The Settlement was the product of arm's length negotiations between W.O. Operating and the TRRC.

IT IS HEREBY ORDERED that the Motion is granted; and it is further

---

[1] The Debtors in these jointly administered cases are: NICHOLS BROTHERS, INC., Case No. 18-11123-TLM; NBI PROPERTIES, INC., Case No. 18-11124-M; NBI SERVICES, INC., Case No. 18-11125-M; LADDER COMPANIES, INC., Case No. 18-11126-M; RED WATER RESOURCES, INC., Case No. 18-11127-M; CANO PETRO OF NEW MEXICO, INC., Case No. 18-11128-M; and W.O. OPERATING COMPANY, LTD., Case No. 18-11129-M.

ORDERED that the terms and conditions as set forth in the Motion and the attachments thereto, which are incorporated herein by reference, are approved by the Court pursuant to Federal Rule of Bankruptcy Procedure 9019, and that all parties are bound to perform and observe the same; and it is further

ORDERED that any issues pertaining to the Motion or the settlement shall be heard by this Court or any court of competent jurisdiction.

DATED this 2nd day of July, 2019.

BY THE COURT:

TERRENCE L. MICHAEL
UNITED STATES BANKRUPTCY JUDGE