# Baum Glass Jayne Carwile & Peters PLLC  INVOICE

401 S Boston Ave, Ste 2000
Tulsa, Oklahoma 74103
Phone: 918-938-7944
Fax: 918-938-7966

Invoice # 33300
Date: 01/13/2021

Malloy Law Firm, P.C.
401 South Boston, Suite 500
Tulsa, OK 74103

**2922.5**

**NBI**

**Services**

| Date | Timekeeper | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 09/01/2020 | John Carwile | Telephone call with trustee Malloy regarding status of dealings and letter to Heritage Bank attorney regarding Main Square documents. | 0.10 | $360.00 | $36.00 |
| 09/01/2020 | John Carwile | Telephone call with trustee Malloy regarding status deadlines and next action items in Main Square, Canyon Creek, Pacer and MidCon adversaries. | 0.30 | $360.00 | $108.00 |
| 09/01/2020 | John Carwile | Detailed review of Main Square, Canyon Creek, Pacer and MidCon adversary proceeding docket sheets and scheduling orders to familiarize. | 0.30 | $360.00 | $108.00 |
| 09/01/2020 | John Carwile | Initial draft and revisions of first interim fee application (and time sheets). | 1.10 | $360.00 | $396.00 |
| 09/02/2020 | John Carwile | Revise multiple drafts of first interim fee application, and accompanying time sheets (exhibit). | 2.40 | $360.00 | $864.00 |
| 09/02/2020 | John Carwile | Telephone call with trustee Malloy regarding revisions to trustee's motion for authority to pay interim fees. | 0.10 | $360.00 | $36.00 |
| 09/02/2020 | John Carwile | Initial review of new documents from Heritage Bank regarding use of proceeds from August 2016 loan to Main Square. | 0.20 | $360.00 | $72.00 |
| 09/03/2020 | John Carwile | Draft of entry of appearance and request for notices in Main Square adversary. | 0.10 | $360.00 | $36.00 |
| 09/03/2020 | John Carwile | Email to Main Square attorney Tom Creekmore regarding defendants' answer deadline in Main Square adversary. | 0.20 | $360.00 | $72.00 |

| 09/03/2020 | John Carwile | Detailed review and analysis of new received Heritage Bank documents showing use of August 2016 loan proceeds, to include analysis of further Main Square adversary discovery needed. | 0.50 | $360.00 | $180.00 |
| --- | --- | --- | --- | --- | --- |
| 09/08/2020 | John Carwile | Telephone call with trustee Malloy regarding issues regarding defendants' answer timetable in Main Square adversary. | 0.10 | $360.00 | $36.00 |
| 09/08/2020 | John Carwile | Telephone call with trustee Malloy regarding further discovery actions regarding Main Square in adversary and regarding tracing Main Square loan proceeds. | 0.20 | $360.00 | $72.00 |
| 09/08/2020 | John Carwile | Emails with attorney Tom Creekmore regarding answer deadline and extension in Main Square adversary. | 0.10 | $360.00 | $36.00 |
| 09/11/2020 | John Carwile | Telephone call with Trustee Malloy regarding factual background and issues regarding potential sanctions motion from motion to comple and discovery needed. | 0.50 | $360.00 | $180.00 |
| 09/11/2020 | John Carwile | Conference call with trustee Malloy, Mark Craige, David Payne and David Rhoades regarding searches and adversary proceeding discovery actions needed and division of labor regarding the same. | 0.80 | $360.00 | $288.00 |
| 09/15/2020 | John Carwile | Telephone call with trustee Malloy regarding actions needed in Main Square/Foundation adversary, to include answer deadline and scheduling order. | 0.10 | $360.00 | $36.00 |
| 09/15/2020 | John Carwile | Telephone call and email with Tom Creekmore regarding Main Street adversary answer being due. | 0.10 | $360.00 | $36.00 |
| 09/16/2020 | John Carwile | Initial review of answer filed in Main Square/Foundation adversary. | 0.10 | $360.00 | $36.00 |
| 09/16/2020 | John Carwile | Two telephone calls with trustee Malloy regarding issues raised by Chad Kutmas representation of Main Square adversary defendants. | 0.90 | $360.00 | $324.00 |
| 09/16/2020 | John Carwile | Preliminary review of selected cases of Chapter 11 counsel's duties regarding Main Square entry of appearance. | 0.90 | $360.00 | $324.00 |
| 09/16/2020 | John Carwile | Telephone call with Main Square attorney Tom Creekmore regarding his status in adversary and Rule 26 conference. | 0.10 | $360.00 | $36.00 |
| 09/17/2020 | John Carwile | Review, research and analysis of various cases regarding debtor's counsel duties and disqualification standards/issue regarding Main Square. | 2.20 | $360.00 | $792.00 |
| 09/17/2020 | John Carwile | Two telephone calls with trustee Malloy regarding legal standards and strategy regarding debtor's | 1.10 | $360.00 | $396.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | counsel's duties and disqualification standards/ issues regarding Main Square adversary. | | | |
| 09/17/2020 | John Carwile | Review applicable rules and research compilation regarding selected cases are requirements to assert jury trial/withdrawal of referenced and waiver of the same, for Main Square adversary. | 0.20 | $360.00 | $72.00 |
| 09/17/2020 | John Carwile | Review new pleadings (entries of appearance, motions for extensions and minute orders) filed in the case and Main Square adversary. | 0.10 | $360.00 | $36.00 |
| 09/18/2020 | John Carwile | Telephone call with trustee Malloy regarding action items needed on Main Square adversary disqualification. | 0.20 | $360.00 | $72.00 |
| 09/21/2020 | John Carwile | Telephone call with trustee Malloy regarding actions needed in Main Square adversary. | 0.10 | $360.00 | $36.00 |
| 09/21/2020 | John Carwile | Draft, revise and finalize letter to attorney Chad Kutmas regarding recusal from Main Square adversary. | 0.70 | $360.00 | $252.00 |
| 09/21/2020 | John Carwile | Two telephone calls with Pat Malloy regarding draft of letter to Chad Kutmas. | 0.20 | $360.00 | $72.00 |
| 09/21/2020 | John Carwile | Begin review of NBI case docket sheet and pleadings related to Chad Kutmas activities as counsel, including fee applications and related timesheet, regarding demand in Main Square adversary. | 2.00 | $360.00 | $720.00 |
| 09/21/2020 | John Carwile | Telephone call with attorney Gary McDonald regarding issues raised by Kutmas appearance in Main Square adversary. | 0.20 | $360.00 | $72.00 |
| 09/21/2020 | John Carwile | Telephone call with attorney Tom Creekmore regarding request to depose R. Nichols and C. McNern. | 0.10 | $360.00 | $36.00 |
| 09/21/2020 | John Carwile | Telephone call with trustee Malloy regarding request to depose R. Nichols and C. McNern. | 0.10 | $360.00 | $36.00 |
| 09/22/2020 | John Carwile | Telephone call with trustee Malloy regarding initial results of review of McDonald Metcalf time sheets and resulting actions in Main Square adversary. | 0.20 | $360.00 | $72.00 |
| 09/22/2020 | John Carwile | Draft and finalize letter to Gary McDonald and Chad Kutmas regarding request for records. | 0.30 | $360.00 | $108.00 |
| 09/22/2020 | John Carwile | Draft and finalize letter to April Ferguson at OPVEON regarding request to obtain her records and for meeting regarding adversary discovery. | 0.40 | $360.00 | $144.00 |
| 09/22/2020 | John Carwile | Telephone call with trustee Malloy regarding demand letters to attorneys and to OPVEON's April Ferguson. | 0.10 | $360.00 | $36.00 |

| 09/22/2020 | John Carwile | Continued review of McDonald McCann First Interim fee application timesheet to identify potential subjects/sources of discovery in Main Square adversary and follow on actions regarding motion to compel. | 1.10 | $360.00 | $396.00 |
| 09/22/2020 | John Carwile | Telephone call with attorney Gary McDonald and Mary Kindelt regarding request for firm records. | 0.10 | $360.00 | $36.00 |
| 09/22/2020 | John Carwile | Several emails to trustee Malloy regarding additional documents and potential discovery generated by review of McDonald Metcalf time records. | 0.40 | $360.00 | $144.00 |
| 09/23/2020 | John Carwile | Email to attorney Tom Creekmore regarding scheduling Nichols/McNern depositions regarding follow up to motion to compel. | 0.10 | $360.00 | $36.00 |
| 09/23/2020 | John Carwile | Two telephone calls with April Ferguson regarding background and details of her work on debtors' schedules/statement of affairs and delivery of her files for use in Nichols/McNern depositions. | 0.40 | $360.00 | $144.00 |
| 09/23/2020 | John Carwile | Two telephone calls with trustee Malloy regarding results of discussion with April Ferguson and her production of documents. | 0.20 | $360.00 | $72.00 |
| 09/23/2020 | John Carwile | Evening telephone call with trustee Malloy regarding status and contents of response received from Chad Kutmas regarding Main Square adversary. | 0.20 | $360.00 | $72.00 |
| 09/24/2020 | John Carwile | Preliminary review of response letter and enclosed cases received from Chad Kutmas. | 0.30 | $360.00 | $108.00 |
| 09/24/2020 | John Carwile | Begin detailed review and analysis of documents received regarding prepetition transfers and debtors' accounting records, including those related to Main Square/Foundation properties. | 2.10 | $360.00 | $756.00 |
| 09/24/2020 | John Carwile | Telephone call with trustee Malloy regarding results of results so far of Opveon documents review, and issues and follow on review raised by the same. | 0.20 | $360.00 | $72.00 |
| 09/24/2020 | John Carwile | Emails with trustee Malloy regarding issues regarding disqualification in Main Square adversary. | 0.20 | $360.00 | $72.00 |
| 09/24/2020 | John Carwile | Telephone call with trustee Malloy regarding issues and action involved in motion to disqualify. | 0.30 | $360.00 | $108.00 |
| 09/24/2020 | John Carwile | Begin drafting portions of Motion to disqualify Chad Kutmas. | 0.60 | $360.00 | $216.00 |
| 09/25/2020 | John Carwile | Emails with trustee and Chad Kutmas to arrange conference call to discuss objections to Kutmas appearance in Main Square adversary. | 0.10 | $360.00 | $36.00 |
| 09/25/2020 | John Carwile | Detailed review and analysis of Kutmas response letter and selected authorities prior to conference call. | 0.60 | $360.00 | $216.00 |

| | | | | | |
|---|---|---|---|---|---|
| 09/25/2020 | John Carwile | Meet with trustee Malloy prior to conference call with Chad Kutmas regarding Main Square adversary issues. | 0.40 | $360.00 | $144.00 |
| 09/25/2020 | John Carwile | Work on revising and drafting factual background portions of draft motion regarding Chad Kutmas/Main Square adversary. | 0.90 | $360.00 | $324.00 |
| 09/25/2020 | John Carwile | Conference telephone call with trustee Malloy and Chad Kutmas regarding Main Square adversary issues. | 0.60 | $360.00 | $216.00 |
| 09/25/2020 | John Carwile | Meet with trustee Malloy regarding discovery and other actions needed in Main Square adversary. | 0.60 | $360.00 | $216.00 |
| 09/25/2020 | John Carwile | Emails with trustee Malloy regarding potential additional avoidance action claims against Orville and Richard Nichols, and information from debtors' schedules and statements supporting the same. | 0.20 | $360.00 | $72.00 |
| 09/25/2020 | John Carwile | Preliminary review of David R. Payne's spreadsheets and analysis of Main Square Properties'/debtors/affiliates intercompany transactions and operating income/expenses. | 0.30 | $360.00 | $108.00 |
| 09/27/2020 | John Carwile | Email to expert David Payne regarding follow up needed on Main Square financial and income/expense data shown in his latest spreadsheets. | 0.10 | $360.00 | $36.00 |
| 09/28/2020 | John Carwile | Telephone call with attorney Chad Kutmas regarding adversary withdrawal and timetable. | 0.20 | $360.00 | $72.00 |
| 09/28/2020 | John Carwile | Telephone call with trustee Malloy regarding Kutmas adversary withdrawal and next steps. | 0.10 | $360.00 | $36.00 |
| 09/29/2020 | John Carwile | Emails with Chad Kutmas regarding adversary withdrawal and timing of pleadings. | 0.10 | $360.00 | $36.00 |
| 09/29/2020 | John Carwile | Two telephone calls with trustee Malloy regarding withdrawal and substitution of counsel. | 0.10 | $360.00 | $36.00 |
| 09/30/2020 | John Carwile | Draft and finalize deposition notice to Richard Nichols regarding motion to compel issues, answer as well as transmittal letter to attorney Tom Creekmore. | 0.20 | $360.00 | $72.00 |
| 09/30/2020 | John Carwile | Emails with trustee Malloy regarding Nichols' deposition notice. | 0.10 | $360.00 | $36.00 |
| 09/30/2020 | John Carwile | Emails with trustee Malloy regarding initial written discovery to defendants in Main Square adversary. | 0.10 | $360.00 | $36.00 |
| 10/01/2020 | John Carwile | Telephone call with trustee Malloy regarding topics to be discussed with David Payne regarding Main Square records/financials for Main Square adversary discovery. | 0.40 | $360.00 | $144.00 |
| 10/01/2020 | John Carwile | Telephone call with David R. Payne regarding | 0.70 | $360.00 | $252.00 |

|  |  | details of his recent spreadsheets and underlying financial data and sources for use in discovery in Main Square. |  |  |  |
|---|---|---|---|---|---|
| 10/01/2020 | John Carwile | Two telephone calls with Pat Malloy regarding results of call with David Payne and issues raised by the same. | 0.50 | $360.00 | $180.00 |
| 10/01/2020 | John Carwile | Emails with trustee Malloy regarding additional searches and actions needed regarding Main Square accounts and loans. | 0.20 | $360.00 | $72.00 |
| 10/01/2020 | John Carwile | Preliminary review of documents received from Bankers Bank regarding documents pursued regarding Main Square receivables/payables schedules. | 0.30 | $360.00 | $108.00 |
| 10/01/2020 | John Carwile | Detailed lengthy email to Pat Malloy and David Payne regarding questions raised regarding Main Square, arising from Bankers Bank's attorney's letter regarding Spirit Bank stock. | 0.40 | $360.00 | $144.00 |
| 10/02/2020 | John Carwile | Telephone call with trustee Malloy regarding third-party discovery subjects and potential recipients, and completeness of current third-party records, for Main Square adversary. | 0.40 | $360.00 | $144.00 |
| 10/02/2020 | John Carwile | Work on subpoena to Heritage Bank in Main Square adversary. | 0.20 | $360.00 | $72.00 |
| 10/05/2020 | John Carwile | Draft and revise and finalize adversary document subpoena and notice to Heritage Bank. | 0.60 | $360.00 | $216.00 |
| 10/05/2020 | John Carwile | Two telephone calls with trustee Malloy regarding categories/extent of Heritage Bank adversary subpoena. | 0.20 | $360.00 | $72.00 |
| 10/05/2020 | John Carwile | Telephone call with attorney Mark Craige regarding potential additional bank subpoenas in Main Square adversary. | 0.20 | $360.00 | $72.00 |
| 10/05/2020 | John Carwile | Draft and finalize document subpoena to Equity Bank (Patriot Bank) and accompanying notice. | 0.20 | $360.00 | $72.00 |
| 10/05/2020 | John Carwile | Draft and finalize adversary document subpoena to Spirit Bank and accompanying notice. | 0.20 | $360.00 | $72.00 |
| 10/05/2020 | John Carwile | Review notes and file on review to prepare third-parties subpoenas to banks in Main Square adversary. | 0.30 | $360.00 | $108.00 |
| 10/06/2020 | John Carwile | Telephone call with trustee Malloy regarding scope and particulars of records to seek in Main Square adversary party discovery. | 0.10 | $360.00 | $36.00 |
| 10/07/2020 | John Carwile | Telephone call and email to Heritage Bank attorney Sam Allen regarding several Main Square adversary discovery items. | 0.10 | $360.00 | $36.00 |

| | | | | | |
|---|---|---|---|---|---|
| 10/07/2020 | John Carwile | Begin review and revisions to drafts of Interrogatories and Requests for Admission received from trustee (Main Square Advesary). | 0.40 | $360.00 | $144.00 |
| 10/08/2020 | John Carwile | Revise numerous drafts of initial written discovery requests to both adversary defendants (Main Square and Foundation). | 3.10 | $360.00 | $1,116.00 |
| 10/08/2020 | John Carwile | Telephone call with trustee Malloy regarding initial adversary discovery to Main Square. | 0.10 | $360.00 | $36.00 |
| 10/08/2020 | John Carwile | Email to trustee Malloy regarding revised written adversary discovery requests and open issues. | 0.20 | $360.00 | $72.00 |
| 10/09/2020 | John Carwile | Draft and revise proposed initial written adversary discovery to Main Square and Nichols Foundation. | 2.80 | $360.00 | $1,008.00 |
| 10/09/2020 | John Carwile | Three telephone calls with trustee Malloy regarding contents and revisions of initial Main Square adversary discovery. | 0.20 | $360.00 | $72.00 |
| 10/09/2020 | John Carwile | Numerous emails with trustee Malloy regarding drafts and revisions to written discovery and material changes to the same. | 0.40 | $360.00 | $144.00 |
| 10/09/2020 | John Carwile | Telephone call with David Payne regarding extent of Main Square SSI produced to date and review of lien needed to prepare written discovery to Main Square/Foundation. | 0.10 | $360.00 | $36.00 |
| 10/09/2020 | John Carwile | Review selected documents previously produced by Heritage Bank and Patriot Bank for use in drafting initial discovery to Main Square and Foundation. | 1.20 | $360.00 | $432.00 |
| 10/10/2020 | John Carwile | Further detailed review of American Heritage Bank documents to create chronology for adversary discovery and to identify additional discovery topics needed. | 0.60 | $360.00 | $216.00 |
| 10/10/2020 | John Carwile | Further review of Patriot Bank records to assess adversary discovery and estate's position regarding mortgages. | 0.40 | $360.00 | $144.00 |
| 10/12/2020 | John Carwile | Telephone call with Nichols' attorney Tom Creekmore regarding deposition of Richard Nichols regarding trustee's motion to compel follow up. | 0.10 | $360.00 | $36.00 |
| 10/12/2020 | John Carwile | Telephone call with trustee Malloy regarding status of Main Square adversary agreed scheduling order and deposition scheduling. | 0.10 | $360.00 | $36.00 |
| 10/12/2020 | John Carwile | Three telephone calls with trustee Malloy regarding details and new information from re-examination of Heritage Bank and Patriot Bank documents for Main Square adversary. | 0.70 | $360.00 | $252.00 |
| 10/12/2020 | John Carwile | Emails to and from Trustee regarding significant Heritage Bank/Patriot Bank files and documents. | 0.20 | $360.00 | $72.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/12/2020 | John Carwile | Revise various additional drafts of initial written adversary discovery to Main Square and Nichols Foundation. | 2.80 | $360.00 | $1,008.00 |
| 10/12/2020 | John Carwile | Emails with trustee regarding attachments to Main Square adversary discovery. | 0.30 | $360.00 | $108.00 |
| 10/13/2020 | John Carwile | Finalize initial written discovery to Main Square and Research Foundation. | 0.40 | $360.00 | $144.00 |
| 10/13/2020 | John Carwile | Emails with attorney Tom Creekmore regarding changing Richard Nichols' deposition. | 0.20 | $360.00 | $72.00 |
| 10/13/2020 | John Carwile | Telephone call with trustee Malloy regarding coordination on Nichols' deposition. | 0.10 | $360.00 | $36.00 |
| 10/13/2020 | John Carwile | Revise and finalize amended deposition notice of Richard Nichols. | 0.20 | $360.00 | $72.00 |
| 10/14/2020 | John Carwile | Telephone call with trustee Malloy regarding general form objections and specificity of adversary interrogatory answers. | 0.20 | $360.00 | $72.00 |
| 10/14/2020 | John Carwile | Telephone call with trustee Malloy regarding review of pleadings needed for R. Nichols deposition questions. | 0.10 | $360.00 | $36.00 |
| 10/14/2020 | John Carwile | Begin work on outline for R. Nichols deposition. | 0.40 | $360.00 | $144.00 |
| 10/15/2020 | John Carwile | Telephone call with Heritage Bank attorney Sam Allen regarding Heritage Bank witnesses and discovery in Main Square Adversary. | 0.10 | $360.00 | $36.00 |
| 10/15/2020 | John Carwile | Telephone call with trustee Malloy regarding Main Square adversary evidence, witnesses and scheduling order issues. | 0.30 | $360.00 | $108.00 |
| 10/15/2020 | John Carwile | Draft and revise form of proposed Main Square adversary scheduling order. | 0.50 | $360.00 | $180.00 |
| 10/15/2020 | John Carwile | Email with Heritage Bank attorney S. Allen regarding current/former bank employees. | 0.10 | $360.00 | $36.00 |
| 10/15/2020 | John Carwile | Email with trustee Malloy regarding proposed scheduling order (Main Square). | 0.10 | $360.00 | $36.00 |
| 10/15/2020 | John Carwile | Work to prepare for deposition of Richard Nichols, to include review of prior pleadings and related affidavits. | 2.20 | $360.00 | $792.00 |
| 10/16/2020 | John Carwile | Meet with trustee Malloy to discuss issues, strategy, subjects and exhibits for upcoming deposition of Richard Nichols (10:00 a.m. - 1:00 p.m.). | 3.00 | $360.00 | $1,080.00 |
| 10/16/2020 | John Carwile | Continued preparation for R. Nichols deposition, to include review of pleadings, selection of exhibits and work on outline. | 2.20 | $360.00 | $792.00 |

| | | | | | |
|---|---|---|---|---|---|
| 10/17/2020 | John Carwile | Prepare for deposition of Richard Nichols, to include work on outline draft, and review of pleadings and selection of exhibits. | 2.80 | $360.00 | $1,008.00 |
| 10/18/2020 | John Carwile | Continue preparation for deposition of Richard Nichols. | 3.60 | $360.00 | $1,296.00 |
| 10/19/2020 | John Carwile | Finish preparation for deposition of Richard Nichols. | 1.50 | $360.00 | $540.00 |
| 10/19/2020 | John Carwile | Attend and take deposition of Richard Nichols regarding motion to compel follow up. | 6.80 | $360.00 | $2,448.00 |
| 10/19/2020 | John Carwile | Meet with Trustee Malloy and David Rhoades to discuss results of depositions, issues and actions arising from the same, and facts/discovery learned with potential use in adversary proceedings. | 1.50 | $360.00 | $540.00 |
| 10/20/2020 | John Carwile | Telephone call with trustee Malloy regarding follow up motion to compel actions needed. | 0.20 | $360.00 | $72.00 |
| 10/20/2020 | John Carwile | Review portions of files received from OPVEON (April Ferguson) to follow up to deposition testimony of Richard Nichols. | 0.60 | $360.00 | $216.00 |
| 10/20/2020 | John Carwile | Telephone call with attorney Gary McDonald to follow up on testimony from deposition of Richard Nichol. | 0.20 | $360.00 | $72.00 |
| 10/20/2020 | John Carwile | Outline upcoming adversary proceeding discovery action items and itemize additional subpoenas needed. | 0.20 | $360.00 | $72.00 |
| 10/21/2020 | John Carwile | Telephone call with Pat Malloy regarding witness depositions and timing regarding adversaries. | 0.20 | $360.00 | $72.00 |
| 10/22/2020 | John Carwile | Begin working on subpoenas to third parties for adversary discovery. | 0.30 | $360.00 | $108.00 |
| 10/23/2020 | John Carwile | Two telephone calls with Telan Shipman at American Heritage Bank regarding documents sought by adversary subpoena and documents/issues raised by the same. | 0.30 | $360.00 | $108.00 |
| 10/23/2020 | John Carwile | Review Heritage Bank documents previously receiver for use in potential additional Main Square adversary third-party discovery. | 0.40 | $360.00 | $144.00 |
| 10/26/2020 | John Carwile | Emails with trustee Malloy regarding status of adversary discovery. | 0.10 | $360.00 | $36.00 |
| 10/26/2020 | John Carwile | Telephone call with Tom Creekmore regarding status of Main Square adversary scheduling order. | 0.10 | $360.00 | $36.00 |
| 10/26/2020 | John Carwile | Conference telephone call with trustee Malloy and attorneys Mark Craige and Alex Sokolosky regarding all aspects of adversary proceedings discovery (1) results to date, (2) open issues and (3) action items, concerning parties, third parties and | 2.00 | $360.00 | $720.00 |

|  |  | banks, and other records needed, as well as consolidated adversary depositions. |  |  |  |
|---|---|---|---|---|---|
| 10/26/2020 | John Carwile | Review Mark Craige emails regarding CrossFirst loan officer evidence on substantive consolidation adversary claim. | 0.20 | $360.00 | $72.00 |
| 10/26/2020 | John Carwile | Review Equity (Patriot) Bank response to Main Square adversary subpoena. | 0.10 | $360.00 | $36.00 |
| 10/26/2020 | John Carwile | Review debtors November 2018 monthly report in detail to identify accounts and transfers (to Nichols Group PR-Administration) for follow up in Main Square adversary substantive consolidation discovery. | 0.40 | $360.00 | $144.00 |
| 10/26/2020 | John Carwile | Email to trustee Malloy and Mark Craige regarding follow up adversary discovery to Spirit Bank. | 0.20 | $360.00 | $72.00 |
| 10/26/2020 | John Carwile | Detailed review of court-approved shared services agreement to identify potential adversary topics/entities. | 0.30 | $360.00 | $108.00 |
| 10/27/2020 | John Carwile | Continued review of debtors'/affiliates' shared services agreement to identify and analyze potential adversary discovery topics. | 0.20 | $360.00 | $72.00 |
| 10/27/2020 | John Carwile | Review revised proposed Main Square adversary scheduling order received from Tom Creekmore. | 0.10 | $360.00 | $36.00 |
| 10/27/2020 | John Carwile | Telephone call with trustee Malloy regarding Main Square scheduling order issues. | 0.10 | $360.00 | $36.00 |
| 10/27/2020 | John Carwile | Email to trustee Malloy regarding details of shared services agreement needing revise for discovery in advesary. | 0.20 | $360.00 | $72.00 |
| 10/27/2020 | John Carwile | Various emails with trustee Malloy regarding new adversary subpoena to Spirit Bank regarding Nichols Group PR - Admin. | 0.20 | $360.00 | $72.00 |
| 10/27/2020 | John Carwile | Initial drafts of new adversary subpoena to Spirit Bank. | 0.30 | $360.00 | $108.00 |
| 10/27/2020 | John Carwile | Telephone call with Equity Bank representative Cathy Bateman regarding its response to subpoena and further search needed. | 0.20 | $360.00 | $72.00 |
| 10/27/2020 | John Carwile | Review previous Patriot Bank documents to follow up on call with Cathy Bateman on adversary subpoena. | 0.30 | $360.00 | $108.00 |
| 10/27/2020 | John Carwile | Email to Cathy Bateman at Equity Bank regarding adversary subpoena follow up. | 0.20 | $360.00 | $72.00 |
| 10/28/2020 | John Carwile | Email to trustee Malloy regarding submission of Main Square adversary scheduling order. | 0.10 | $360.00 | $36.00 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/28/2020 | John Carwile | Conference telephone call with trustee Malloy, Mark Craige, and David Payne regarding various adversary issues and potential adversary discovery, concerning SSI, bank subpoenas, bank accounts, shared services agreement and Nichols Group-PR Administrative LLC and actions needed regarding all. | 1.70 | $360.00 | $612.00 |
| 10/28/2020 | John Carwile | Review new documents received from Mark Craige regarding numerous debtors or affiliates promissory notes. | 0.20 | $360.00 | $72.00 |
| 10/29/2020 | John Carwile | Telephone call with trustee Malloy regarding potential adversary proceeding witnesses. | 0.20 | $360.00 | $72.00 |
| 10/29/2020 | John Carwile | Work on draft of third adversary subpoena to Spirit Bank. | 0.30 | $360.00 | $108.00 |
| 10/29/2020 | John Carwile | Preliminary review of rough draft of Richard Nichols deposition transcript. | 0.60 | $360.00 | $216.00 |
| 10/29/2020 | John Carwile | Emails with trustee Malloy regarding Nichols' testimony on areas relevant to adversaries. | 0.30 | $360.00 | $108.00 |
| 10/29/2020 | John Carwile | Telephone calls with trustee Malloy regarding selected Nichols' deposition testimony. | 0.60 | $360.00 | $216.00 |
| 10/31/2020 | John Carwile | Initial review of documents produced by Spirit Bank pursuant to second subpoena to it. | 0.60 | $360.00 | $216.00 |
| 10/31/2020 | John Carwile | Preliminary review of selected case law relevant to trustee's sanctions motion. | 0.20 | $360.00 | $72.00 |
| 10/31/2020 | John Carwile | Outline key follow up points from review of new Spirit Bank documents in Main Square adversary. | 0.10 | $360.00 | $36.00 |
| 11/01/2020 | John Carwile | Finalize third subpoena to Spirit Bank and associates notice in Main Square adversary. | 0.20 | $360.00 | $72.00 |
| 11/02/2020 | John Carwile | Telephone call with trustee Malloy regarding status of several Main Square adversary discovery actions (location of witnesses and recent Spirit Bank document productions). | 0.30 | $360.00 | $108.00 |
| 11/02/2020 | John Carwile | Telephone call with trustee Malloy regarding specific Main Square adversary claims existing evidence. | 0.30 | $360.00 | $108.00 |
| 11/02/2020 | John Carwile | Further review of documents (bank statements) produced by Spirit Bank. | 0.40 | $360.00 | $144.00 |
| 11/02/2020 | John Carwile | Email to trustee regarding specific Spirit Bank documents for him to review in Main Square adversary. | 0.10 | $360.00 | $36.00 |
| 11/02/2020 | John Carwile | Telephone call with Heritage Bank attorney Sam Allen regarding location of several adversary witnesses. | 0.10 | $360.00 | $36.00 |

| 11/03/2020 | John Carwile | Emails with trustee Malloy regarding service of third Spirit Bank subpoena and production of entire 341 first meeting transcripts, for use in Main Square adversary. | 0.20 | $360.00 | $72.00 |
| 11/03/2020 | John Carwile | Telephone call with Mark Craige regarding deposing CrossFirst loan officer in adversary proceeding. | 0.10 | $360.00 | $36.00 |
| 11/04/2020 | John Carwile | Telephone call with Mark Craige regarding details of newly received documents from Spirit Bank, to include detailed discussions of five separate Spirit Bank loans to Main Square. | 0.80 | $360.00 | $288.00 |
| 11/05/2020 | John Carwile | Telephone call with trustee Malloy regarding follow up Main Square adversary discovery actions with Spirit Bank in light of new information learned. | 0.20 | $360.00 | $72.00 |
| 11/05/2020 | John Carwile | Begin researching and reviewing pre-judgment options available to trustee in adversary proceeding. | 1.10 | $360.00 | $396.00 |
| 11/06/2020 | John Carwile | Continue researching prejudgment remedies available in Main Square adversry. | 0.50 | $360.00 | $180.00 |
| 11/09/2020 | John Carwile | Telephone call with Mark Craige regarding details/ gaps in Main Square Spirit Bank documents and supplementing needed. | 0.40 | $360.00 | $144.00 |
| 11/10/2020 | John Carwile | Review transcript of July 24, 2018 hearing on DIP financing and shared services agreement motions, to assess evidence relevant to Main Square adversary claims and discovery. | 0.40 | $360.00 | $144.00 |
| 11/10/2020 | John Carwile | Review newly received documents from American Heritage Bank pursuant to subpoena, to confirm 2016 loan proceeds use in Main Square adversary. | 0.30 | $360.00 | $108.00 |
| 11/10/2020 | John Carwile | Review selected documents recently produced by Spirit Bank in Main Square adversary, to assess subpoena compliance and determine needed follow up. | 0.30 | $360.00 | $108.00 |
| 11/10/2020 | John Carwile | Email to trustee Malloy regarding new Heritage Bank documents and follow up needed (Main Square adversary). | 0.20 | $360.00 | $72.00 |
| 11/10/2020 | John Carwile | Email to trustee Malloy regarding results of review of Spirit Bank's subpoena compliance and follow up needed (Main Square adversary). | 0.20 | $360.00 | $72.00 |
| 11/10/2020 | John Carwile | Telephone call with attorney Gary M. McDonald regarding issues regarding interviewing former NBI management as part of Main Square adversary. | 0.30 | $360.00 | $108.00 |
| 11/10/2020 | John Carwile | Telephone call with trustee Malloy regarding all pending Main Square adversary proceeding discovery action items. | 0.30 | $360.00 | $108.00 |
| 11/11/2020 | John Carwile | Confer with trustee Malloy regarding all pending | 0.60 | $360.00 | $216.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Main Square adversary discovery, to include status and next actions. |  |  |  |
| 11/12/2020 | John Carwile | Review and outline key portions of Section 341 first meeting transcript, for use in planning additional Main Square adversary discovery and admissions. | 0.50 | $360.00 | $180.00 |
| 11/13/2020 | John Carwile | Telephone call with trustee Malloy regarding Main Square adversary third party witnesses and order of the same. | 0.20 | $360.00 | $72.00 |
| 11/13/2020 | John Carwile | Telephone call with attorney Gary McDonald regarding interviewing Phil Burch in adversary. | 0.10 | $360.00 | $36.00 |
| 11/13/2020 | John Carwile | Review all Main Square adversary subpoenas to Spirit Bank, to assess gaps and deficiencies. | 0.20 | $360.00 | $72.00 |
| 11/17/2020 | John Carwile | Review Creekmore email objection to Subpoena to Spirit Bank (Nichols Group PR). | 0.10 | $360.00 | $36.00 |
| 11/17/2020 | John Carwile | Telephone call with trustee Malloy regarding defendants' objection and response to the same. | 0.10 | $360.00 | $36.00 |
| 11/17/2020 | John Carwile | Telephone call with trustee Malloy regarding identification and scheduling of initial Main Square adversary witness depositions. | 0.10 | $360.00 | $36.00 |
| 11/18/2020 | John Carwile | Preliminary review of defendants' motion to quash subpoena to Spirit Bank in Main Square adversary. | 0.10 | $360.00 | $36.00 |
| 11/18/2020 | John Carwile | Telephone call with trustee Malloy regarding motion to quash subpoena for Nichols Group, PR bank records and issues raised by the same. | 0.20 | $360.00 | $72.00 |
| 11/18/2020 | John Carwile | Preliminary review of Main Square's adversary responses to interrogatories and document requests. | 0.20 | $360.00 | $72.00 |
| 11/18/2020 | John Carwile | Telephone call with trustee Malloy regarding Main Square's discovery responses and follow up needed. | 0.20 | $360.00 | $72.00 |
| 11/18/2020 | John Carwile | Preliminary review of documents produced by Main Square and Nichols Research. | 0.30 | $360.00 | $108.00 |
| 11/18/2020 | John Carwile | Review order denying defendants' motion to quash subpoena to Spirit Bank. | 0.10 | $360.00 | $36.00 |
| 11/18/2020 | John Carwile | Telephone call with trustee Malloy regarding follow-up actions needed with adversary discovery to third party Spirit Bank. | 0.20 | $360.00 | $72.00 |
| 11/18/2020 | John Carwile | Telephone call with trustee Malloy regarding results of his discussion with former Heritage Bank loan officer. | 0.10 | $360.00 | $36.00 |
| 11/19/2020 | John Carwile | Preliminary review of Nichols Foundation interrogatory answers and document responses. | 0.20 | $360.00 | $72.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/19/2020 | John Carwile | Draft and revise and finalize notice and new subpoena to American Bank for account records of Nichols Research and Main Square. | 0.60 | $360.00 | $216.00 |
| 11/19/2020 | John Carwile | Telephone call with trustee regarding Nichols Foundation discovery responses and resulting follow up actions. | 0.10 | $360.00 | $36.00 |
| 11/19/2020 | John Carwile | Review and revise drafts of trustee's motion for sanctions (regarding Nichols motion to compel) pertaining to Main Square adversary issues and discovery. | 0.70 | $360.00 | $252.00 |
| 11/19/2020 | John Carwile | Email to trustee with details of revisions to trustee's sanctions motion. | 0.10 | $360.00 | $36.00 |
| 11/19/2020 | John Carwile | Two telephone calls with trustee regarding open issues and changes needed to motion for sanctions. | 0.50 | $360.00 | $180.00 |
| 11/19/2020 | John Carwile | Telephone call with trustee regarding follow on meeting with Heritage Bank loan officer and issues regarding the same in Main Square adversary. | 0.20 | $360.00 | $72.00 |
| 11/19/2020 | John Carwile | Begin review and analysis of documents produced by Nichols Research Foundation. | 0.50 | $360.00 | $180.00 |
| 11/20/2020 | John Carwile | Detailed review of all documents produced in discovery by Nichols Research Foundation. | 1.50 | $360.00 | $540.00 |
| 11/20/2020 | John Carwile | Telephone call with trustee Malloy regarding Nichols Research documents and issues raised. | 0.40 | $360.00 | $144.00 |
| 11/20/2020 | John Carwile | Begin detailed review and analysis of documents produced in discovery by Main Square. | 3.20 | $360.00 | $1,152.00 |
| 11/22/2020 | John Carwile | Continued detailed review and analysis of documents produced by Main Square. | 1.50 | $360.00 | $540.00 |
| 11/23/2020 | John Carwile | Telephone call with trustee Malloy regarding status and recent receipt of Main Square records. | 0.10 | $360.00 | $36.00 |
| 11/23/2020 | John Carwile | Telephone call with trustee Malloy regarding discovery action items arising from Main Square and Nichols Research productions. | 0.20 | $360.00 | $72.00 |
| 11/23/2020 | John Carwile | Begin reviewing documents newly produced by Spirit bank (regarding Nichols Group PR) pursuant to adversary subpoena. | 0.60 | $360.00 | $216.00 |
| 11/23/2020 | John Carwile | Continued analysis of Nichols Research Foundation documents produced. | 0.40 | $360.00 | $144.00 |
| 11/23/2020 | John Carwile | Detailed email to trustee Malloy and David R. Payne regarding selected issues raised by Nichols Research documents. | 0.30 | $360.00 | $108.00 |
| 11/23/2020 | John Carwile | Email to trustee Malloy and other adversary attorneys regarding common discovery dropbox. | 0.10 | $360.00 | $36.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/25/2020 | John Carwile | Telephone call with Pat Malloy regarding discovery approaches to defendants' adversary interrogatory answers, and use of 30(b)(6) depositions for the same. | 0.30 | $360.00 | $108.00 |
| 11/29/2020 | John Carwile | Detailed analysis and review of tax returns, financial statements and spreadsheets to identify adversary proof elements as well as discovery follow up needed. | 2.20 | $360.00 | $792.00 |
| 11/29/2020 | John Carwile | Re-review Main Square written discovery responses to determine follow up party discovery needed. | 0.50 | $360.00 | $180.00 |
| 11/30/2020 | John Carwile | Three telephone calls with Pat Malloy regarding documents produced by Main Square and follow up party discovery needed. | 1.40 | $360.00 | $504.00 |
| 11/30/2020 | John Carwile | Several emails to Pat Malloy and David Payne regarding specific Main Square documents and accounting issues. | 0.40 | $360.00 | $144.00 |
| 11/30/2020 | John Carwile | Continue detailed review of Main Square documents to address issues raised by trustee Malloy. | 1.80 | $360.00 | $648.00 |
| 11/30/2020 | John Carwile | Review various emails from trustee Malloy regarding results and details of his review of Main Square documents produced. | 0.40 | $360.00 | $144.00 |
| 11/30/2020 | John Carwile | Continued review of selected Nichols Group PR bank records from Spirit Bank for Main Square discovery. | 1.30 | $360.00 | $468.00 |
| 12/02/2020 | John Carwile | Continued review and analysis of new Spirit Bank (Nichols Group PR) records, to identify and analyze transfers, to determine potential Main Square adversary and follow up discovery needed. | 1.70 | $360.00 | $612.00 |
| 12/02/2020 | John Carwile | Two detailed emails to trustee Malloy and D.R. Payne regarding initial conclusions and additional bank accounts information needed arising from Spirit Bank (Nichols Group PR) records received. | 0.40 | $360.00 | $144.00 |
| 12/02/2020 | John Carwile | Telephone call with trustee Malloy regarding results of detailed review of Nichols Group PR bank records. | 0.60 | $360.00 | $216.00 |
| 12/03/2020 | John Carwile | Review files with previously produced Heritage Bank documents (Main Square adversary) to prepare for meeting with Mr. Barrin. | 0.30 | $360.00 | $108.00 |
| 12/03/2020 | John Carwile | Meet with and interview Steve Burris, trustee Malloy, and attorney Chuck Greenough, to discuss Main Square loan details, issues and documents, for use in discovery. | 1.80 | $360.00 | $648.00 |
| 12/03/2020 | John Carwile | Review prior subpoenas to Heritage Bank to determine additional document categories needed. | 0.20 | $360.00 | $72.00 |

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/03/2020 | John Carwile | Initial draft of new Main Square adversary subpoena to Heritage Bank. | 0.20 | $360.00 | $72.00 |
| 12/03/2020 | John Carwile | Initial draft of new Main Square adversary subpoena to Spirit Bank. | 0.20 | $360.00 | $72.00 |
| 12/03/2020 | John Carwile | Draft and review letter to Heritage Bank attorney Chuck Greenough regarding prior adversary subpoenas. | 0.30 | $360.00 | $108.00 |
| 12/03/2020 | John Carwile | Review of documents previously produced by Hogan Taylor to determine further discovery needed in adversary proceeding. | 0.40 | $360.00 | $144.00 |
| 12/03/2020 | John Carwile | Further review of numerous Spirit Bank documents files regarding related party transactions, to identify additional discovery in Main Square adversary. | 1.20 | $360.00 | $432.00 |
| 12/03/2020 | John Carwile | Emails with trustee Malloy regarding additional Main Square adversary subpoenas. | 0.20 | $360.00 | $72.00 |
| 12/04/2020 | John Carwile | Work on drafts of new Main Square adversary subpoena to Heritage Bank. | 0.40 | $360.00 | $144.00 |
| 12/04/2020 | John Carwile | Work on drafts of new Main Square adversary subpoena to Spirit Bank. | 0.40 | $360.00 | $144.00 |
| 12/04/2020 | John Carwile | Finalize letter and exhibits to Heritage Bank attorney Chuck Greenough regarding prior adversary subpoena compliance. | 0.20 | $360.00 | $72.00 |
| 12/04/2020 | John Carwile | Attend conference call with trustee Malloy, Mark Craige and David Payne regarding adversary discovery follow up needed. | 1.60 | $360.00 | $576.00 |
| 12/04/2020 | John Carwile | Continue review of Heritage Bank documents. | 0.30 | $360.00 | $108.00 |
| 12/07/2020 | John Carwile | Revise and finalize new subpoena to Heritage Bank (Main Square). | 0.40 | $360.00 | $144.00 |
| 12/07/2020 | John Carwile | Revise and finalize new subpoena to Spirit Bank (Main Square). | 0.50 | $360.00 | $180.00 |
| 12/07/2020 | John Carwile | Email to Pat Malloy regarding new Main Square adversary third-party subpoenas. | 0.10 | $360.00 | $36.00 |
| 12/07/2020 | John Carwile | Telephone call with trustee Malloy regarding new Main Square subpoenas. | 0.10 | $360.00 | $36.00 |
| 12/07/2020 | John Carwile | Letter to Heritage Bank attorney Chuck Greenough regarding new bank subpoena. | 0.10 | $360.00 | $36.00 |
| 12/07/2020 | John Carwile | Preliminary review of newly produced documents from American Bank (Main Square adversary). | 0.50 | $360.00 | $180.00 |
| 12/08/2020 | John Carwile | Continue review of American Bank document production (Main Square adversary). | 0.80 | $360.00 | $288.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12/08/2020 | John Carwile | Review Nichols Group PR documents produced (Main Square adversary). | 0.70 | $360.00 | $252.00 |
| 12/08/2020 | John Carwile | Telephone call with Pat Malloy regarding results of latest Main Square subpoena productions. | 0.30 | $360.00 | $108.00 |
| 12/09/2020 | John Carwile | Telephone call with Mark Craige regarding issues raised by new Main Square bank records and regarding tracing of funds needed in adversary proceeding. | 0.20 | $360.00 | $72.00 |
| 12/10/2020 | John Carwile | Email with Heritage Bank attorney Chuck Greenough regarding subpoena email searches. | 0.10 | $360.00 | $36.00 |
| 12/10/2020 | John Carwile | Telephone call with Mark Craige regarding taking joint depositions in adversary proceedings. | 0.10 | $360.00 | $36.00 |
| 12/11/2020 | John Carwile | Telephone call with trustee Pat Malloy regarding all current aspects of discovery in Main Square adversary and motion to compel discovery, to include specific witnesses, deposition sequencing, protocol and issues, follow up additional written discovery and timetable action items. | 1.20 | $360.00 | $432.00 |
| 12/11/2020 | John Carwile | Begin drafting second set of document requests to defendants Main Square and Nichols Research, including review of specific documents regarding follow up. | 0.50 | $360.00 | $180.00 |
| 12/13/2020 | John Carwile | Detailed review of entire transcript of Richard Nichols deposition taken October 19, 2020 to assess additional evidence needed in motion to compel discovery and related adversary discovery. | 2.20 | $360.00 | $792.00 |
| 12/13/2020 | John Carwile | Review portions of Main Square's document production to assess gaps and production deficiencies. | 0.70 | $360.00 | $252.00 |
| 12/13/2020 | John Carwile | Telephone call with trustee Malloy regarding results of review of Nichols transcript regarding additional motion to compel discovery. | 0.50 | $360.00 | $180.00 |
| 12/13/2020 | John Carwile | Telephone call with trustee Malloy regarding deficiencies in Main Square document production and follow up needed. | 0.30 | $360.00 | $108.00 |
| 12/16/2020 | John Carwile | Review Nichols' objection to trustee motion for sanctions. | 0.40 | $360.00 | $144.00 |
| 12/16/2020 | John Carwile | Telephone call with trustee Malloy in advance of status hearing regarding Nichols' response/hearing strategy. | 0.40 | $360.00 | $144.00 |
| 12/16/2020 | John Carwile | Attend telephonic status hearing with Judge Michael regarding motion for sanctions, response, and timetable. | 0.80 | $360.00 | $288.00 |
| 12/16/2020 | John Carwile | Telephone call with trustee Malloy following | 0.40 | $360.00 | $144.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | telephonic Court status hearing regarding issues raised and action items. | | | |
| 12/16/2020 | John Carwile | Review trustee Malloy's emails regarding Main Square adversary responses. | 0.10 | $360.00 | $36.00 |
| 12/16/2020 | John Carwile | Telephone call with trustee Malloy regarding state of Main Square evidence (and open discovery) in light of third-party subpoenas to date. | 0.60 | $360.00 | $216.00 |
| 12/17/2020 | John Carwile | Review Tom Creekmore emails regarding Nichols Group PR documents sought in Main Square adversary. | 0.10 | $360.00 | $36.00 |
| 12/17/2020 | John Carwile | Telephone call with trustee Malloy regarding response (and reservations) regarding Creekmore emails/offer regarding Nichols Group PR documents. | 0.20 | $360.00 | $72.00 |
| 12/17/2020 | John Carwile | Telephone call with trustee Malloy regarding third-party subpoenas needed and other discovery actions in support of motion for sanctions. | 0.30 | $360.00 | $108.00 |
| 12/22/2020 | John Carwile | Telephone call with Pat Malloy regarding all current Main Square adversary discovery open items. | 0.20 | $360.00 | $72.00 |
| 12/30/2020 | John Carwile | Preliminary review of newly produced Spirit Bank documents (Main Square adversary). | 0.60 | $360.00 | $216.00 |
| 12/30/2020 | John Carwile | Joint emails with trustee and attorney Mark Craige regarding new Spirit Bank documents produced in adversary. | 0.10 | $360.00 | $36.00 |
| 12/30/2020 | John Carwile | Telephone call with trustee Malloy regarding new Spirit Bank documents and reviews needed in adversary. | 0.20 | $360.00 | $72.00 |
| 12/30/2020 | John Carwile | Telephone call with trustee Malloy regarding potential new adversary proceeding claims against Peak Methods. | 0.10 | $360.00 | $36.00 |
| | | | **Services Subtotal** | | **$50,220.00** |

## Expenses

| Date | Timekeeper | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 09/22/2020 | John Carwile | Postage on mailing of letter to Kutmas, McDonald, and April. [3 @ $.50 each]. | 1.00 | $1.50 | $1.50 |
| 09/29/2020 | John Carwile | Postage on mailing of letter to T. Creekmore enclosing Notice to Take Deposition. | 1.00 | $0.50 | $0.50 |
| 09/30/2020 | John Carwile | Copies September 2020: 90 page(s) @ $.15 each (Key debtor's counsel's timesheets and bills). | 1.00 | $13.50 | $13.50 |

| Date | Timekeeper | Description | Qty | Rate | Total |
|---|---|---|---|---|---|
| 10/05/2020 | John Carwile | Postage on notice of subpoena regarding 3 banks. | 1.00 | $1.80 | $1.80 |
| 10/07/2020 | John Carwile | R.L. Roberts Inv. 020.064: for service of bank subpoena. | 1.00 | $263.94 | $263.94 |
| 10/13/2020 | John Carwile | Postage on 2 sets of discovery and letter to Creekmore. | 1.00 | $2.20 | $2.20 |
| 10/13/2020 | John Carwile | Postage on amended notice to take depo to Creekmore. | 1.00 | $0.50 | $0.50 |
| 10/30/2020 | John Carwile | Copying October 2020: 1138 page(s) x $.15 (for selected key documents received from bank subpoenas, and documents produced by third-party OPVEON). | 1.00 | $170.70 | $170.70 |
| 11/02/2020 | John Carwile | Postage on letter to T. Creekmore enclosing notice and subpoena re Spirit Bank. | 1.00 | $0.80 | $0.80 |
| 11/05/2020 | John Carwile | R.L. Roberts Invoice 020.072: Service of subpoena on Spirit Bank. | 1.00 | $86.84 | $86.84 |
| 11/11/2020 | John Carwile | Pacer charges from 1/1/20 - 9/30/20. | 1.00 | $34.00 | $34.00 |
| 11/19/2020 | John Carwile | Postage on notice of subpoena on American Bank mailed to counsel. | 1.00 | $0.65 | $0.65 |
| 11/24/2020 | John Carwile | RL Roberts Invoice 020.074 for service of subpoena on American Bank & Trust Co. | 1.00 | $89.69 | $89.69 |
| 11/30/2020 | John Carwile | November 2020 Copying: 379 page(s) x $.15 (additional key bank documents received). | 1.00 | $56.85 | $56.85 |
| 12/07/2020 | John Carwile | Postage on notice of SDT on Spirit Bank mailed to counsel. | 1.00 | $0.65 | $0.65 |
| 12/07/2020 | John Carwile | Postage on notice of SDT on American Heritage mailed to counsel. | 1.00 | $0.65 | $0.65 |
| 12/07/2020 | John Carwile | Postage on SDT on American Heritage mailed to Greenough. | 1.00 | $0.65 | $0.65 |
| 12/16/2020 | John Carwile | R.L Roberts Invoice 020.083 for subpoena service upon Spirit Bank. | 1.00 | $86.84 | $86.84 |
|  |  | **Expenses Subtotal** |  |  | **$812.26** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| John Carwile | 139.5 | $360.00 | $50,220.00 |
|  |  | Subtotal | $51,032.26 |
|  |  | Total | $51,032.26 |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 33300 | 02/12/2021 | $51,032.26 | $0.00 | $51,032.26 |
| | | | **Outstanding Balance** | **$51,032.26** |
| | | | **Total Amount Outstanding** | **$51,032.26** |

Please make all amounts payable to: Baum Glass Jayne Carwile & Peters PLLC
Tax ID No.: 45-5626026