# Baum Glass Jayne Carwile & Peters PLLC  INVOICE

401 S Boston Ave, Ste 2000
Tulsa, Oklahoma 74103
Phone: 918-938-7944
Fax: 918-938-7966

Invoice # 33768
Date: 05/10/2021

Malloy Law Firm, P.C.
401 South Boston, Suite 500
Tulsa, OK 74103

## 2922.5

## NBI

### Services

| Date | Timekeeper | Description | Quantity | Rate | Total |
|------|-----------|-------------|----------|------|-------|
| 01/05/2021 | John Carwile | Email to all adversary proceeding attorneys to begin scheduling witness depositions. | 0.10 | $360.00 | $36.00 |
| 01/05/2021 | John Carwile | Review, edit and finalize bill to be submitted as special counsel second interim fee application. (No charge). | 0.40 | $0.00 | $0.00 |
| 01/05/2021 | John Carwile | Conference telephone call with trustee and Crowe Dunlevy attorneys regarding all pending adversary proceeding discovery status and action items (including Main Square), to include (1) additional written discovery to parties and non-parties, and (2) identifying and scheduling sequencing depositions. | 1.10 | $360.00 | $396.00 |
| 01/06/2021 | John Carwile | Draft and revise forms of subpoenas to Richard Nichols' attorneys and law firms for use in discovery on trustee's motion for sanctions. | 1.30 | $360.00 | $468.00 |
| 01/06/2021 | John Carwile | Telephone call with trustee Malloy regarding several Main Square adversary discovery matters. | 0.10 | $360.00 | $36.00 |
| 01/06/2021 | John Carwile | Draft inserts/portion for second interim fees application. (No charge). | 0.30 | $0.00 | $0.00 |
| 01/06/2021 | John Carwile | Email with Heritage Bank attorney Chuck Greenough following up on Main Square adversary subpoenas. | 0.10 | $360.00 | $36.00 |
| 01/06/2021 | John Carwile | Emails with trustee Malloy regarding specific categories of law firm documents to be subpoenaed, and issues raised by the same. | 0.20 | $360.00 | $72.00 |
| 01/07/2021 | John Carwile | Finalize subpoenas to Riggs Abney and Hall Estill | 0.50 | $360.00 | $180.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | regarding documents for trustee's motion for sanctions. | | | |
| 01/07/2021 | John Carwile | Emails with Heritage Bank attorney and trustee Malloy regarding production of subpoenaed documents and extension of time in Main Square adversary. | 0.10 | $360.00 | $36.00 |
| 01/07/2021 | John Carwile | Emails with adversary attorneys regarding deposition scheduling in Main Square/Canyon Creek. | 0.10 | $360.00 | $36.00 |
| 01/08/2021 | John Carwile | Telephone call with CrossFirst attorney Mark Craige regarding scheduling and mode of taking deposition of Henry Smith in Main Square adversary. | 0.10 | $360.00 | $36.00 |
| 01/08/2021 | John Carwile | Draft and finalize notice of Henry Smith deposition (Main Square and Canyon Creek). | 0.10 | $360.00 | $36.00 |
| 01/08/2021 | John Carwile | Review Richard Nichols deposition to identify relevant to subpoena to Riggs Abney. | 0.20 | $360.00 | $72.00 |
| 01/08/2021 | John Carwile | Email to Riggs Abney attorney Scott Kirtley regarding Nichols' deposition transcript. | 0.10 | $360.00 | $36.00 |
| 01/08/2021 | John Carwile | Email to Mark Craige regarding Henry Smith deposition notice in Main Square adversary. | 0.10 | $360.00 | $36.00 |
| 01/08/2021 | John Carwile | Letter to attorneys Mike Cooke (Hall Estill) and Scott Kirtley (Riggs Abney) serving subpoenas on their law firms. | 0.20 | $360.00 | $72.00 |
| 01/08/2021 | John Carwile | Finalize subpoenas and related notices regarding Hall Estill and Riggs Abney. | 0.30 | $360.00 | $108.00 |
| 01/09/2021 | John Carwile | Emails with trustee Malloy regarding Henry Smith deposition and defendants' request for his deposition exhibits in Main Square adversary. | 0.20 | $360.00 | $72.00 |
| 01/12/2021 | John Carwile | Numerous emails with trustee Malloy regarding follow-up/second set of discovery requests to be served on Main Square and Research Foundation. | 0.40 | $360.00 | $144.00 |
| 01/13/2021 | John Carwile | Telephone call with attorney Tom Creekmore regarding extension of objection deadline for subpoena to Hall Estill. | 0.10 | $360.00 | $36.00 |
| 01/13/2021 | John Carwile | Initial draft of Motion to amend Main Square adversary complaint to add Nichols and Minor, LLC as parties. | 0.20 | $360.00 | $72.00 |
| 01/13/2021 | John Carwile | Revise drafts of description of services and expenses for second interim fee application, per request of trustee. (No charge) | 0.50 | $0.00 | $0.00 |
| 01/13/2021 | John Carwile | Review latest drafts of second written discovery received from trustee Malloy in Main Square | 0.20 | $360.00 | $72.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | adversary. | | | |
| 01/13/2021 | John Carwile | Numerous emails with trustee Malloy regarding revisions to second set of Main Square discovery, and regarding current answer deficiencies needing follow up in the same. | 0.60 | $360.00 | $216.00 |
| 01/13/2021 | John Carwile | Emails with trustee regarding revisions to fee application and additional detail regarding expenses. | 0.30 | $360.00 | $108.00 |
| 01/13/2021 | John Carwile | Emails with trustee Malloy regarding amended Main Square adversary to join Richard and Orville Nichols and Minor, LLC as defendants. | 0.20 | $360.00 | $72.00 |
| 01/14/2021 | John Carwile | Detailed email to attorney Tom Creekmore regarding extension (and limitations) for subpoena served on Hall Estill law firm. | 0.20 | $360.00 | $72.00 |
| 01/14/2021 | John Carwile | Telephone call with trustee Malloy regarding joinder of R. Nichols, O. Nichols and Minor, LLC in Main Square adversary and issues raised by the same. | 0.10 | $360.00 | $36.00 |
| 01/14/2021 | John Carwile | Telephone call with trustee Malloy regarding scope and extent of second written discovery in Main Square adversary. | 0.20 | $360.00 | $72.00 |
| 01/14/2021 | John Carwile | Revise and work on drafts of second written discovery in Main Square adversary. | 0.50 | $360.00 | $180.00 |
| 01/14/2021 | John Carwile | Revise drafts of combined motion in Main Square adversary to order joinder of parties and authorize filing of third amended complaint. | 0.60 | $360.00 | $216.00 |
| 01/15/2021 | John Carwile | Revise various drafts and finalize second interrogatories and document requests to defendant Main Square. | 1.20 | $360.00 | $432.00 |
| 01/15/2021 | John Carwile | Numerous emails with trustee Malloy regarding revisions and issues regarding second written discovery requests to Main Square and specifics of topics. | 0.50 | $360.00 | $180.00 |
| 01/15/2021 | John Carwile | Two telephone calls with trustee Malloy regarding final open issues and revisions to second discovery requests to Main Square. | 0.40 | $360.00 | $144.00 |
| 01/15/2021 | John Carwile | Work on drafts of motion for joinder and Main Square complaint amendment. | 0.40 | $360.00 | $144.00 |
| 01/15/2021 | John Carwile | Letter to Tom Creekmore regarding details of new discovery requests to Main Square. | 0.10 | $360.00 | $36.00 |
| 01/15/2021 | John Carwile | Lengthy email to expert David Payne regarding Main Square SSI/Quick Books ledger issues and scope. | 0.20 | $360.00 | $72.00 |

Invoice # 33768 - 05/10/2021

| 01/15/2021 | John Carwile | Telephone call with expert David Payne regarding Main Square SSI/QuickBooks ledger contents, creation and related issues for discovery. | 0.30 | $360.00 | $108.00 |
|---|---|---|---|---|---|
| 01/16/2021 | John Carwile | Revise draft of combined joinder and motion to file third amended Main Square complaint. | 0.30 | $360.00 | $108.00 |
| 01/17/2021 | John Carwile | Additional revisions to motion for joinder and amendment (Main Square). | 0.10 | $360.00 | $36.00 |
| 01/17/2021 | John Carwile | Detailed email to trustee Malloy regarding issues raised by joinder motion and status of defendant Nichols Research Foundation. | 0.20 | $360.00 | $72.00 |
| 01/18/2021 | John Carwile | Begin work to prepare for deposition of Henry Smith, by reviewing transcript of his prior bankruptcy testimony. | 0.60 | $360.00 | $216.00 |
| 01/18/2021 | John Carwile | Emails with trustee Malloy and attorney Mark Craige regarding Henry Smith deposition in Main Square adversary. | 0.20 | $360.00 | $72.00 |
| 01/19/2021 | John Carwile | Telephone call with trustee Malloy regarding Henry Smith deposition issues and documents in Main Square adversary. | 0.40 | $360.00 | $144.00 |
| 01/19/2021 | John Carwile | Review trustee Malloy's revisions to draft joinder/amendment motion in Main Square adversary. | 0.10 | $360.00 | $36.00 |
| 01/19/2021 | John Carwile | Conference telephone call with trustee Malloy and attorney Mark Craige regarding Henry Smith deposition issues and exhibits in Main Square adversary. | 0.90 | $360.00 | $324.00 |
| 01/19/2021 | John Carwile | Telephone call with trustee Malloy regarding Main Square joinder/amendment motion revisions and issues. | 0.10 | $360.00 | $36.00 |
| 01/19/2021 | John Carwile | Final revisions to Main Square adversary joinder/amendment motion. | 0.10 | $360.00 | $36.00 |
| 01/19/2021 | John Carwile | Review revised draft of third amended Main Square complaint received from trustee. | 0.10 | $360.00 | $36.00 |
| 01/19/2021 | John Carwile | Telephone call with trustee regarding third amended Main Square complaint and issues raised by the same. | 0.10 | $360.00 | $36.00 |
| 01/20/2021 | John Carwile | Telephone call with Court reporter regarding details/mechanics of Smith deposition in Main Square adversary. | 0.20 | $360.00 | $72.00 |
| 01/20/2021 | John Carwile | Telephone call with Mark Craige regarding issues and potential exhibits for deposition of Henry Smith in Main Square adversary. | 0.40 | $360.00 | $144.00 |
| 01/21/2021 | John Carwile | Four telephone calls with Mark Craige regarding selected documents in CrossFirst loan file for Smith | 0.90 | $360.00 | $324.00 |

| | | deposition in Main Square adversary. | | | |
|---|---|---|---|---|---|
| 01/21/2021 | John Carwile | Four telephone calls with trustee Malloy regarding Henry Smith deposition issues in Main Square adversary. | 0.60 | $360.00 | $216.00 |
| 01/21/2021 | John Carwile | Selection and review/analysis of various potential exhibits for use in the deposition of Henry Smith in Main Square adversary. | 2.40 | $360.00 | $864.00 |
| 01/21/2021 | John Carwile | Draft and revise outline for Henry Smith deposition. | 0.80 | $360.00 | $288.00 |
| 01/21/2021 | John Carwile | Review emails from and to attorney Andy Turner regarding necessity of joinder of new parties in Main Square adversary. | 0.10 | $360.00 | $36.00 |
| 01/22/2021 | John Carwile | Final preparation for deposition of Henry Smith to include work on outline and review of exhibits in Main Square adversary. | 1.10 | $360.00 | $396.00 |
| 01/22/2021 | John Carwile | Attend and take the deposition of Henry Smith in Main Square (and Canyon Creek) adversaries. | 1.40 | $360.00 | $504.00 |
| 01/22/2021 | John Carwile | Two telephone calls with trustee regarding results of Smith deposition and resulting issues. | 0.30 | $360.00 | $108.00 |
| 01/22/2021 | John Carwile | Telephone call with Mark Craige regarding resulting actions and additional documents arising from Henry Smith deposition. | 0.10 | $360.00 | $36.00 |
| 01/23/2021 | John Carwile | Review files of documents previously produced in Main Square discovery regarding Nichols tax returns. | 0.30 | $360.00 | $108.00 |
| 01/23/2021 | John Carwile | Email to Mark Craige with follow up request for documents in CrossFirst loan file (Main Square adversary). | 0.10 | $360.00 | $36.00 |
| 01/23/2021 | John Carwile | Begin working on deposition subpoena and notice for Kathy Wofford (Main Square adversary). | 0.20 | $360.00 | $72.00 |
| 01/26/2021 | John Carwile | Telephone call with trustee regarding issues regarding waiver of objection resulting from delinquent discovery responses (Main Square adversary). | 0.10 | $360.00 | $36.00 |
| 01/26/2021 | John Carwile | Telephone call with Heritage Bank attorney Chuck Greenough regarding supplemental production of documents (Main Square). | 0.10 | $360.00 | $36.00 |
| 01/26/2021 | John Carwile | Telephone call with trustee Malloy regarding inspection of Heritage Bank documents (Main Square adversary). | 0.10 | $360.00 | $36.00 |
| 01/27/2021 | John Carwile | Email with trustee Malloy and Mark Craige regarding scheduling additional adversary witness depositions (in both adversaries). | 0.10 | $360.00 | $36.00 |

| 01/27/2021 | John Carwile | Review prior productions by Heritage Bank to prepare and meet with Heritage Bank's attorney. | 0.90 | $360.00 | $324.00 |
|---|---|---|---|---|---|
| 01/27/2021 | John Carwile | Telephone call with trustee Malloy regarding scope of NBI documents still needed from Heritage Bank (Main Square adversary). | 0.20 | $360.00 | $72.00 |
| 01/27/2021 | John Carwile | Draft subpoena to CrossFirst Bank in Main Square adversary. | 0.20 | $360.00 | $72.00 |
| 01/27/2021 | John Carwile | Draft letter to Mark Craige regarding service of subpoena on CrossFirst Bank (Main Square adversary). | 0.10 | $360.00 | $36.00 |
| 01/27/2021 | John Carwile | Draft and revise deposition subpoena and notice regarding Kathy Wofford (Main Square adversary). | 0.30 | $360.00 | $108.00 |
| 01/27/2021 | John Carwile | Meet with Heritage Bank attorney Chuck Greenough and trustee Malloy regarding form, content and details of upcoming Heritage Bank document production in Main Square adversary. | 1.20 | $360.00 | $432.00 |
| 01/27/2021 | John Carwile | Initial review and outline of new documents produced by Heritage Bank (Main Square subpoena). | 0.90 | $360.00 | $324.00 |
| 01/29/2021 | John Carwile | Initial review of Hall Estill's letter objection to subpoena. | 0.10 | $360.00 | $36.00 |
| 01/29/2021 | John Carwile | Letter to attorney Scott Kirtley giving notice of subpoena in Main Square adversary for Richard and Orville Nichols' tax returns. | 0.10 | $360.00 | $36.00 |
| 01/29/2021 | John Carwile | Detailed review of transcript of R. Nichols' 10.19.20 deposition to assess law firms' privilege claims. | 0.50 | $360.00 | $180.00 |
| 01/29/2021 | John Carwile | Emails to trustee Malloy regarding waiver/legal advice defense issues and relevant transcript testimony for sanctions motion. | 0.20 | $360.00 | $72.00 |
| 01/29/2021 | John Carwile | Review Nichols' responses to trustee's sanctions motion in light of Hall Estill written privilege objections to subpoena. | 0.20 | $360.00 | $72.00 |
| 01/29/2021 | John Carwile | Telephone call with trustee Malloy regarding numerous issues regarding likely or potential specific Main Square adversary witnesses. | 0.30 | $360.00 | $108.00 |
| 01/29/2021 | John Carwile | Telephone call with trustee Malloy regarding recent Heritage Bank documents and specific ranges to be examined further. | 0.20 | $360.00 | $72.00 |
| 01/29/2021 | John Carwile | Telephone call with trustee Malloy regarding issues regarding identification of witnesses and evidence for trustee's sanctions motion against R. Nichols. | 0.20 | $360.00 | $72.00 |
| 01/29/2021 | John Carwile | Email to trustee Malloy regarding his specific review needed of newly produced Heritage Bank | 0.10 | $360.00 | $36.00 |

| | | documents. | | | |
|---|---|---|---|---|---|
| 01/30/2021 | John Carwile | Email to and from trustee Malloy regarding issues and course of action regarding Hall Estill subpoena objections. | 0.60 | $360.00 | $216.00 |
| 02/01/2021 | John Carwile | Telephone call with trustee Malloy regarding issues regarding attorney advice and privilege issues raised by Hall Estill. | 0.40 | $360.00 | $144.00 |
| 02/01/2021 | John Carwile | Telephone call with trustee Malloy regarding currently pending Main Square adversary discovery items and actions. | 0.30 | $360.00 | $108.00 |
| 02/01/2021 | John Carwile | Telephone call with Mark Craige regarding issues regarding individual tax returns, and other adversary issues regarding entity tax returns. | 0.40 | $360.00 | $144.00 |
| 02/01/2021 | John Carwile | Telephone call with Heritage Bank attorney Chuck Greenough regarding issues and problems with email productions. | 0.10 | $360.00 | $36.00 |
| 02/01/2021 | John Carwile | Begin detailed review of 2015 NBI Consolidated tax return to identify further schedules and discovery needed in Main Square adversary. | 0.40 | $360.00 | $144.00 |
| 02/02/2021 | John Carwile | Draft and revise proposed letter to Hall Estill attorney Mike Keester regarding trustee's position on privilege objections and waiver. | 0.60 | $360.00 | $216.00 |
| 02/02/2021 | John Carwile | Emails with trustee Malloy regarding draft and final for of letter to Mike Keester. | 0.10 | $360.00 | $36.00 |
| 02/02/2021 | John Carwile | Review numerous emails between receiver Rhoades and trustee Malloy regarding sale of numerous business entities' oil and gas interests. | 0.20 | $360.00 | $72.00 |
| 02/02/2021 | John Carwile | Telephone call with former NBI employee Kathy Wofford regarding issues regarding accounting (regarding adversary issues). | 0.20 | $360.00 | $72.00 |
| 02/02/2021 | John Carwile | Telephone call with attorney Don Bingham regarding subpoena to Riggs Abney law firm. | 0.10 | $360.00 | $36.00 |
| 02/03/2021 | John Carwile | Continued review of various emails from trustee Malloy forwarding and discussing key new Heritage Bank documents regarding ownership and consolidation (for use in Main Square adversary). | 0.40 | $360.00 | $144.00 |
| 02/03/2021 | John Carwile | Telephone call with Riggs Abney attorney Don Bingham regarding subpoena to Riggs Abney, issues raised by the same, and response timetable. | 0.40 | $360.00 | $144.00 |
| 02/03/2021 | John Carwile | Email to attorney Don Bingham regarding prior Hall Estill correspondence regarding subpoenas. | 0.10 | $360.00 | $36.00 |
| 02/04/2021 | John Carwile | Review letter from Don Bingham responding and objecting to subpoena to Riggs Abney. | 0.10 | $360.00 | $36.00 |

Invoice # 33768 - 05/10/2021

| 02/04/2021 | John Carwile | Email to trustee Malloy regarding Riggs Abney objection and next actions. | 0.10 | $360.00 | $36.00 |
|---|---|---|---|---|---|
| 02/05/2021 | John Carwile | Telephone call with attorney Mark Craige regarding common adversary discovery and evidence issues. | 0.20 | $360.00 | $72.00 |
| 02/05/2021 | John Carwile | Emails with Hall Estill attorney Mike Keester regarding meet and confer on subpoena objections. | 0.10 | $360.00 | $36.00 |
| 02/05/2021 | John Carwile | Telephone call with trustee Malloy regarding several adversary discovery issues, to include several fact witnesses and Nichols' position in written discovery responses. | 0.30 | $360.00 | $108.00 |
| 02/05/2021 | John Carwile | Telephone call with trustee Malloy regarding issues raised by Riggs Abney in response to subpoena (motion for sanctions) and next actions. | 0.20 | $360.00 | $72.00 |
| 02/07/2021 | John Carwile | Review various emails from trustee Malloy regarding adversary options/strategy. | 0.20 | $360.00 | $72.00 |
| 02/09/2021 | John Carwile | Telephone call with Pat Malloy regarding adversary proceeding remaining discovery and strategy regarding other potential pretrial motions. | 0.40 | $360.00 | $144.00 |
| 02/09/2021 | John Carwile | Telephone call with trustee Malloy regarding results of hearing on joinder motion in Main Square adversary and resulting scheduling impact. | 0.10 | $360.00 | $36.00 |
| 02/09/2021 | John Carwile | Revise drafts of trustee's motion to compel production of documents subpoenaed from Hall Estill and Riggs Abney firms. | 0.80 | $360.00 | $288.00 |
| 02/09/2021 | John Carwile | Review letter from Hall Estill attorney Mike Keester regarding Hall Estill's petition on privilege objections and reliance on legal advice. | 0.10 | $360.00 | $36.00 |
| 02/09/2021 | John Carwile | Telephone call with trustee Malloy regarding issues and possible actions raised by Hall Estill's position on privilege. | 0.60 | $360.00 | $216.00 |
| 02/10/2021 | John Carwile | Telephone call with trustee Malloy regarding privilege issues raised by two law firms (motion for sanctions). | 0.40 | $360.00 | $144.00 |
| 02/10/2021 | John Carwile | Telephone call with trustee Malloy regarding motion to compel issues regarding law firms. | 0.10 | $360.00 | $36.00 |
| 02/10/2021 | John Carwile | Review several drafts of motion to compel revisions received from trustee. | 0.20 | $360.00 | $72.00 |
| 02/11/2021 | John Carwile | Research selected issues regarding privilege waiver (or sanctions motion). | 1.20 | $360.00 | $432.00 |
| 02/11/2021 | John Carwile | Edit and revise several drafts of motion to compel. | 0.10 | $360.00 | $36.00 |
| 02/11/2021 | John Carwile | Two telephone calls with with trustee Malloy | 1.70 | $360.00 | $612.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | regarding privilege waiver research and issues supporting evidence and contents of motion to compel. | | | |
| 02/11/2021 | John Carwile | Two telephone calls with with trustee Malloy regarding actions and communications needed regarding additional Main Square defendants and service on the same. | 0.10 | $360.00 | $36.00 |
| 02/12/2021 | Courtney Cagle | Researching at issue waiver and shepardizing Lindley decision (NDOK) to determine whether there is additional Northern District Bankruptcy, Northern District, or Tenth Circuit case law further addressing at issue waiver. (No charge) | 0.50 | $0.00 | $0.00 |
| 02/12/2021 | John Carwile | Telephone call with with attorney Tom Creekmore regarding issues regarding representation and service of process, extension of fact discovery (Main Square). | 0.10 | $360.00 | $36.00 |
| 02/12/2021 | John Carwile | Draft letter to all adversary proceedings counsel cancelling deposition of Kathy Wofford. | 0.10 | $360.00 | $36.00 |
| 02/12/2021 | John Carwile | Telephone call with trustee Malloy regarding status of service of process, and acceptance of same, in Main Square adversary. | 0.10 | $360.00 | $36.00 |
| 02/12/2021 | John Carwile | Emails with trustee Malloy regarding work still needed on motion to compel. | 0.10 | $360.00 | $36.00 |
| 02/12/2021 | John Carwile | Further research on privilege waiver issues. | 0.90 | $360.00 | $324.00 |
| 02/15/2021 | Courtney Cagle | Continued researching at issue waiver and shepardizing Lindley to determine whether there is additional Northern District Bankruptcy, Northern District, or Tenth Circuit case law further addressing at issue waiver. (No charge) | 5.00 | $0.00 | $0.00 |
| 02/15/2021 | John Carwile | Review proposed new Main Square adversary scheduling order. | 0.10 | $360.00 | $36.00 |
| 02/15/2021 | John Carwile | Emails with defendants' attorney Creekmore and trustee regarding new scheduling order (Main Square). | 0.20 | $360.00 | $72.00 |
| 02/15/2021 | John Carwile | Telephone call with trustee Malloy regarding Main Square adversary proposed new scheduling order and issues raised by the same. | 0.20 | $360.00 | $72.00 |
| 02/15/2021 | John Carwile | Two telephone calls with trustee Malloy regarding privilege research results and further research needed (motion to compel). | 0.40 | $360.00 | $144.00 |
| 02/16/2021 | John Carwile | Review and analysis of additional cases of privilege waiver (regarding motion to compel law firm subpoenas). | 0.80 | $360.00 | $288.00 |
| 02/16/2021 | John Carwile | Review most current subpoenas to banks and | 0.40 | $360.00 | $144.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | productions to assess status of compliance (Main Square adversary). | | | |
| 02/17/2021 | John Carwile | Voicemails to attorneys Don Bingham and Mike Keester regarding motion to compel and meet and confer. | 0.10 | $360.00 | $36.00 |
| 02/17/2021 | John Carwile | Emails to Don Bingham and Mike Keester regarding meet and confer for law firm subpoenas. | 0.20 | $360.00 | $72.00 |
| 02/17/2021 | John Carwile | Emails with trustee Malloy regarding sanctions motion meet and confer issues. | 0.10 | $360.00 | $36.00 |
| 02/18/2021 | John Carwile | Review subpoena to Hall Estill and prior letters, to prepare for call with attorneys. | 0.20 | $360.00 | $72.00 |
| 02/18/2021 | John Carwile | Conference telephone call with Hall Estill attorneys M. Keester and J. Rogers regarding Hall Estill privilege issues. | 0.50 | $360.00 | $180.00 |
| 02/18/2021 | John Carwile | Telephone call with trustee Malloy regarding results of call with Hall Estill lawyers and issues raised. | 0.60 | $360.00 | $216.00 |
| 02/18/2021 | John Carwile | Review latest draft of motion to compel received from trustee and outline revisions. | 0.30 | $360.00 | $108.00 |
| 02/18/2021 | John Carwile | Emails with trustee Malloy regarding status of meet and confer efforts (motion for sanctions). | 0.20 | $360.00 | $72.00 |
| 02/18/2021 | John Carwile | Two telephone calls with trustee Malloy re status of request for meet and confer telephone call with Hall Estill. | 0.20 | $360.00 | $72.00 |
| 02/18/2021 | John Carwile | Telephone call with trustee Malloy regarding issues regarding substantive consolidation of Peak Methods and jurisdiction/notice. | 0.40 | $360.00 | $144.00 |
| 02/18/2021 | John Carwile | Review and prepare exhibits to motion to compel law firms. | 0.10 | $360.00 | $36.00 |
| 02/18/2021 | John Carwile | Telephone call with trustee Malloy regarding motion to compel, and open privilege issues and approach. | 0.40 | $360.00 | $144.00 |
| 02/18/2021 | John Carwile | Further research on motion to compel privilege isuses. | 0.30 | $360.00 | $108.00 |
| 02/19/2021 | John Carwile | Telephone call with Gary M. McDonald regarding status of various estate recorders relative to adversaries. | 0.20 | $360.00 | $72.00 |
| 02/19/2021 | John Carwile | Telephone call and emails with trustee re service of process on new Main Square adversary defendants. | 0.10 | $360.00 | $36.00 |
| 02/19/2021 | John Carwile | Review various emails regarding Canyon Creek sales and impact on Main Square adversary. | 0.10 | $360.00 | $36.00 |

| 02/19/2021 | John Carwile | Review and revise/edit motion to compel. | 0.60 | $360.00 | $216.00 |
|---|---|---|---|---|---|
| 02/19/2021 | John Carwile | Two telephone calls with trustee Malloy regarding motion to compel and case law cited. | 0.30 | $360.00 | $108.00 |
| 02/21/2021 | John Carwile | Review and revise latest draft of motion to compel law firms. | 0.40 | $360.00 | $144.00 |
| 02/22/2021 | John Carwile | Telephone call with CrossFirst attorney Mark Craige regarding production of subpoenaed tax records in Main Square adversary. | 0.10 | $360.00 | $36.00 |
| 02/22/2021 | John Carwile | Telephone call with CrossFirst attorney Mark Craige regarding several adversary procedural issues. | 0.10 | $360.00 | $36.00 |
| 02/22/2021 | John Carwile | Telephone call with trustee Malloy regarding several Main Square adversary procedural issues (service of new complaint discovery extension) and consolidation issues. | 0.30 | $360.00 | $108.00 |
| 02/22/2021 | John Carwile | Telephone call with trustee Malloy regarding issues raised by efforts to consolidated Peak Methods, Inc. | 0.30 | $360.00 | $108.00 |
| 02/22/2021 | John Carwile | Email to Main Square attorney Tom Creekmore regarding service of process and delinquent discovery responses of Main Square and Foundation. | 0.20 | $360.00 | $72.00 |
| 02/22/2021 | John Carwile | Emails to attorneys Don Bingham and Mike Keester regarding motions to compel. | 0.10 | $360.00 | $36.00 |
| 02/22/2021 | John Carwile | Confer with trustee Malloy regarding Main Square adversary discovery issues. | 0.20 | $360.00 | $72.00 |
| 02/23/2021 | John Carwile | Telephone call with trustee Malloy regarding current actions needed in Main Square adversary (review of Nichols Companies, Inc. bank records and conference with D.R.Payne). | 0.20 | $360.00 | $72.00 |
| 02/23/2021 | John Carwile | Review email from Main Square attorney Tom Creekmore requesting discovery clarifications. | 0.10 | $360.00 | $36.00 |
| 02/23/2021 | John Carwile | Review second interrogatories and document requests to Main Square (and documents produced) to address its attorneys' request for clarification. | 0.50 | $360.00 | $180.00 |
| 02/23/2021 | John Carwile | Begin review of (The Nichols Cos., Inc.) bank account statements produced by several banks to respond to trustee's inquiry to the same regarding Main Square adversary. | 0.30 | $360.00 | $108.00 |
| 02/23/2021 | John Carwile | Email to trustee Malloy and D.R. Payne regarding answer to interrogatory clarification request from Main Square's counsel. | 0.10 | $360.00 | $36.00 |

| | | | | | |
|---|---|---|---|---|---|
| 02/24/2021 | John Carwile | Telephone call with trustee Malloy regarding Main Square adversary service of process and related discovery extension motion. | 0.20 | $360.00 | $72.00 |
| 02/24/2021 | John Carwile | Email to Main Square attorney Tom Creekmore responding to inquiry regarding second interrogatories. | 0.10 | $360.00 | $36.00 |
| 02/24/2021 | John Carwile | Attend telephonic status conference on trustee's pending motion for santions. | 0.30 | $360.00 | $108.00 |
| 02/24/2021 | John Carwile | Telephone call with trustee Malloy regarding results of telephone status hearing, notice issues; and next actions needed. | 0.30 | $360.00 | $108.00 |
| 02/25/2021 | John Carwile | Review emails regarding Heritage Bank's new production of its emails with NBI and affiliates (Main Square). | 0.10 | $360.00 | $36.00 |
| 02/25/2021 | John Carwile | Emails with trustee Malloy regarding adversary defendants' document production deficiencies and procedural options available regarding the same. | 0.20 | $360.00 | $72.00 |
| 02/25/2021 | John Carwile | Telephone call with trustee Malloy regarding Main Square adversary scheduling and timetable, to include remaining discovery, depositions and amending scheduling order. | 0.40 | $360.00 | $144.00 |
| 02/26/2021 | John Carwile | Begin review of voluminous Heritage Bank emails (Main Square). | 0.40 | $360.00 | $144.00 |
| 02/26/2021 | John Carwile | Review trustee's and defendant's counsel's emails regarding production of defendants QUIKBOOKS ledgers (Main Square adversary). | 0.20 | $360.00 | $72.00 |
| 02/26/2021 | John Carwile | Telephone call with Mark Craige regarding issues regarding potential interim remedies available to protect assets subject to adversary proceedings. | 0.30 | $360.00 | $108.00 |
| 02/26/2021 | John Carwile | Telephone call with attorney Tom Creekmore regarding extension for Main Square discovery responses. | 0.10 | $360.00 | $36.00 |
| 02/26/2021 | John Carwile | Draft and finalize certificate of service regarding motion to compel objection deadline. | 0.20 | $360.00 | $72.00 |
| 02/26/2021 | John Carwile | Email to attorneys Mike Keester and Don Bingham regarding motion to compel objection deadline. | 0.10 | $360.00 | $36.00 |
| 02/26/2021 | John Carwile | Telephone call with attorney Mark Craige regarding Heritage Bank production of emails and its privilege log. | 0.10 | $360.00 | $36.00 |
| 02/28/2021 | John Carwile | Various emails with trustee Malloy regarding issues regarding obtaining QuickBooks records from Main Square defendants. | 0.30 | $360.00 | $108.00 |
| 03/01/2021 | John Carwile | Telephone call with trustee Malloy regarding issues | 0.40 | $360.00 | $144.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | regarding obtain QuickBooks records (and potential objections) in Main Square adversary. | | | |
| 03/01/2021 | John Carwile | Telephone call with Tom Creekmore regarding discovery response extension (Main Square). | 0.10 | $360.00 | $36.00 |
| 03/01/2021 | John Carwile | Emails with Andy Turner regarding service of Main Square Third Amended Complaint. | 0.10 | $360.00 | $36.00 |
| 03/02/2021 | John Carwile | Begin drafting new subpoena for documents to Heritage Bank (Main Square). | 0.10 | $360.00 | $36.00 |
| 03/02/2021 | John Carwile | Begin drafting new party written discovery to R. Nichols, O. Nichols and Minor, LLC (Main Square adversary). | 0.20 | $360.00 | $72.00 |
| 03/02/2021 | John Carwile | Telephone call with trustee Malloy regarding new Main Square discovery requests in Main Square adversary. | 0.20 | $360.00 | $72.00 |
| 03/02/2021 | John Carwile | Review new emails regarding potential new adversary filing regarding property transfer. | 0.20 | $360.00 | $72.00 |
| 03/02/2021 | John Carwile | Telephone call with trustee Malloy regarding potential new property adversary. | 0.20 | $360.00 | $72.00 |
| 03/02/2021 | John Carwile | Continue preliminary review of newly produced Heritage Bank emails (Main Square adversary). | 0.50 | $360.00 | $180.00 |
| 03/02/2021 | John Carwile | Telephone call with trustee Malloy regarding additional upcoming discovery actions needed. | 0.20 | $360.00 | $72.00 |
| 03/04/2021 | John Carwile | Preliminary review of Main Square second interrogatory answers and document responses. | 0.20 | $360.00 | $72.00 |
| 03/04/2021 | John Carwile | Preliminary review and analysis of documents newly produced by Main Square. | 0.50 | $360.00 | $180.00 |
| 03/04/2021 | John Carwile | Conference telephone call with Pat Malloy and Mark Craige regarding numerous legal issues, and trustee options regarding sales of receivership properties in Nowata/Creek counties. | 0.80 | $360.00 | $288.00 |
| 03/04/2021 | John Carwile | Telephone call with trustee Malloy regarding initial review of new Main Square responses. | 0.10 | $360.00 | $36.00 |
| 03/04/2021 | John Carwile | Email to David Payne regarding new documents and responses received from Main Square. | 0.10 | $360.00 | $36.00 |
| 03/05/2021 | John Carwile | Telephone call with Pat Malloy regarding Canyon Creek receiver and sale issues. | 0.20 | $360.00 | $72.00 |
| 03/05/2021 | John Carwile | Emails with D.R. Payne and trustee adversary productions of general ledgers (regarding QuickBooks and SSI). | 0.20 | $360.00 | $72.00 |
| 03/06/2021 | John Carwile | Detailed (individualized) review of newly produced Heritage Bank emails for 2015, 2016, 2017, 2018 | 2.70 | $360.00 | $972.00 |

| | | and 2019 for use in Main Square adversary. | | | |
|---|---|---|---|---|---|
| 03/10/2021 | John Carwile | Telephone call with trustee Malloy regarding Main Square adversary open discovery issues (including QuickBooks and other accounting issues). | 0.30 | $360.00 | $108.00 |
| 03/10/2021 | John Carwile | Emails to trustee Malloy regarding Main Square's newest discovery responses. | 0.10 | $360.00 | $36.00 |
| 03/11/2021 | John Carwile | Emails with Mark Craige regarding adversary defendant's position on production of QuickBooks. | 0.10 | $360.00 | $36.00 |
| 03/11/2021 | John Carwile | Conference telephone call with trustee Malloy and Mark Craige regarding issues, positions, and actions needed regarding current discussion and dispute over proceeds of sale of Canyon Creek properties. | 0.90 | $360.00 | $324.00 |
| 03/11/2021 | John Carwile | Detailed additional review of Main Square discovery responses to prepare for discussion with trustee regarding the same. | 0.40 | $360.00 | $144.00 |
| 03/11/2021 | John Carwile | Telephone call with trustee Malloy regarding initial issues raised by new Main Square discovery responses. | 0.20 | $360.00 | $72.00 |
| 03/11/2021 | John Carwile | Review emails with drafts of trustee's responses to attorney Andy Turner on property sale issues. | 0.20 | $360.00 | $72.00 |
| 03/12/2021 | John Carwile | Telephone call with trustee Malloy regarding issues, options and strategy regarding property sale and proceeds dispute with Canyon Creek. | 0.50 | $360.00 | $180.00 |
| 03/12/2021 | John Carwile | Telephone call with trustee Malloy regarding considerations in reviewing A. Turner's response regarding property sale proceeds. | 0.10 | $360.00 | $36.00 |
| 03/15/2021 | John Carwile | Initial review of Nichols' response to trustee's motion to compel/privilege waiver, on trustee's renewed motion for sanctions. | 0.40 | $360.00 | $144.00 |
| 03/15/2021 | John Carwile | Conference telephone call with trustee and attorney Mark Craige regarding strategy and actions needed regarding Canyon Creek property sale and existing Bankruptcy Court order. | 0.80 | $360.00 | $288.00 |
| 03/15/2021 | John Carwile | Telephone call with trustee Malloy regarding actions needed for new Main Square adversary scheduling order. | 0.10 | $360.00 | $36.00 |
| 03/15/2021 | John Carwile | Telephone call with trustee Malloy regarding issues regarding reply to Hall Estill response to motion to compel. | 0.10 | $360.00 | $36.00 |
| 03/15/2021 | John Carwile | Begin outlining reply to Hall Estill's response to trustee's motion to compel. | 0.20 | $360.00 | $72.00 |
| 03/16/2021 | John Carwile | Initial draft of trustee's motion to modify Main | 0.20 | $360.00 | $72.00 |

Invoice # 33768 - 05/10/2021

| | | | | | |
|---|---|---|---|---|---|
| | | Square adversary scheduling order. | | | |
| 03/16/2021 | John Carwile | Initial draft and revisions to trustee's reply to Hall Estill's response to motion to compel privilege communications. | 0.40 | $360.00 | $144.00 |
| 03/17/2021 | John Carwile | Revise drafts of trustee's reply to Hall Estill response (including incorporating trustee's draft and inserts). | 0.70 | $360.00 | $252.00 |
| 03/17/2021 | John Carwile | Email to trustee regarding revised reply and certain issues raised by the same. | 0.10 | $360.00 | $36.00 |
| 03/19/2021 | John Carwile | Preliminary review of answer and counterclaim in Main Square adversary. | 0.10 | $360.00 | $36.00 |
| 03/19/2021 | John Carwile | Telephone call with trustee Malloy regarding newly filed Main Square adversary answer and counterclaims and issues raised by the same. | 0.60 | $360.00 | $216.00 |
| 03/19/2021 | John Carwile | Email to trustee Malloy and other Crowe Dunlevy attorneys regarding pleadings/response deadlines for new Main Square filings. | 0.10 | $360.00 | $36.00 |
| 03/19/2021 | John Carwile | Initial review of motion to withdraw the reference filed in the Main Square adversary. | 0.20 | $360.00 | $72.00 |
| 03/19/2021 | John Carwile | Review Northern District local rules regarding withdrawal of the reference (Main Square). | 0.10 | $360.00 | $36.00 |
| 03/19/2021 | John Carwile | Telephone call with trustee Malloy regarding several issues raised by review of motion to withdraw reference. | 0.20 | $360.00 | $72.00 |
| 03/22/2021 | John Carwile | Telephone call with trustee Malloy regarding procedural and case history issues raised by Hall Estill's response to motion to compel. | 0.30 | $360.00 | $108.00 |
| 03/22/2021 | John Carwile | Draft and revise motion to amend Main Square proceeding scheduling order (Main Square adversary). | 0.50 | $360.00 | $180.00 |
| 03/22/2021 | John Carwile | Email and telephone call with trustee Malloy regarding motion for new scheduling order (Main Square adversary). | 0.10 | $360.00 | $36.00 |
| 03/23/2021 | John Carwile | Detailed review of R. Nichols' deposition transcript to identify more pages to be included in trustee's reply to Hall Estill's response to motion to compel. | 0.50 | $360.00 | $180.00 |
| 03/23/2021 | John Carwile | Various emails to trustee regarding additional Nichols' transcript pages for trustee's reply. | 0.20 | $360.00 | $72.00 |
| 03/23/2021 | John Carwile | Telephone call with Pat Malloy regarding issues regarding need for new Main Square adversary scheduling order. | 0.20 | $360.00 | $72.00 |
| 03/24/2021 | John Carwile | Revise drafts of trustee's reply to Hall Estill's | 0.40 | $360.00 | $144.00 |

| | | response (motion to compel). | | | |
|---|---|---|---|---|---|
| 03/24/2021 | John Carwile | Email trustee regarding other facts available from Nichols' transcript (regarding trustee's reply). | 0.10 | $360.00 | $36.00 |
| 03/24/2021 | John Carwile | Telephone call with trustee Malloy regarding reply brief draft and issues, and finalize the same. | 0.30 | $360.00 | $108.00 |
| 03/25/2021 | John Carwile | Final revisions to Trustee's reply to Hall Estill response. | 0.30 | $360.00 | $108.00 |
| 03/25/2021 | John Carwile | Telephone call with Trustee Malloy regarding issues raised, and response, by defendants' assertion of new counterclaims and motion to withdraw reference in Main Square adversary. | 0.80 | $360.00 | $288.00 |
| 03/25/2021 | John Carwile | Begin review of selected case decisions regarding timeliness of withdrawal of referenced (Main Square adversary). | 0.40 | $360.00 | $144.00 |
| 03/26/2021 | John Carwile | Review various emails to and from trustee Malloy regarding Canyon Creek's violation of Bankruptcy Court's order and pleading options regarding the same. | 0.20 | $360.00 | $72.00 |
| 03/27/2021 | John Carwile | Various emails with trustee regarding issues regarding responding to motion to withdraw the reference in Main Square adversary. | 0.10 | $360.00 | $36.00 |
| 03/27/2021 | John Carwile | Various emails with trustee regarding issues regarding dealing with Canyon Creek's position and actions in Nowata/Creek county receivership. | 0.40 | $360.00 | $144.00 |
| 03/28/2021 | John Carwile | Various emails with trustee regarding procedural options regarding Canyon Creek's receivership actions. | 0.20 | $360.00 | $72.00 |
| 03/29/2021 | John Carwile | Telephone call with attorney Mark Craige regarding issues regarding Orville Nichols/Minor, LLC's answer and withdrawal options in Main Square adversary. | 0.10 | $360.00 | $36.00 |
| 03/30/2021 | John Carwile | Review selected cases regarding waiver of right to withdraw reference (Main Square adversary). | 0.40 | $360.00 | $144.00 |
| 03/30/2021 | John Carwile | Review draft of response (received from trustee) to Main Square motion to withdraw reference. | 0.20 | $360.00 | $72.00 |
| 03/30/2021 | John Carwile | Meet with trustee Malloy to discuss Main Square adversary counterclaims and procedural options and motions to dismiss the same. | 0.70 | $360.00 | $252.00 |
| 03/31/2021 | John Carwile | Review Bankruptcy Court's order denying trustee's motion to compel. | 0.10 | $360.00 | $36.00 |
| 03/31/2021 | John Carwile | Emails with trustee regarding scope and effect of ruling on motion to compel. | 0.10 | $360.00 | $36.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/31/2021 | John Carwile | Telephone call with Trustee Malloy regarding issues regarding moving to dismiss Main Square, Nichols Foundation and Richard Nichols' counterclaims under Rule 12(b)(6). | 0.20 | $360.00 | $72.00 |
| 03/31/2021 | John Carwile | Begin drafting and revising motion to dismiss Main Square and Foundation adversary counterclaims. | 2.10 | $360.00 | $756.00 |
| 03/31/2021 | John Carwile | Research and review selected case law applicable to Motion to dismiss (Main Square). | 0.40 | $360.00 | $144.00 |
| 04/01/2021 | John Carwile | Telephone calls with Trustee Malloy regarding motion to dismiss issues and strategy (Main Square adversary). | 0.40 | $360.00 | $144.00 |
| 04/01/2021 | John Carwile | Revise drafts of motions to dismiss Main Square, Foundation and Richard Nichols counterclaims. | 1.40 | $360.00 | $504.00 |
| 04/01/2021 | John Carwile | Telephone calls with adversary proceeding attorneys regarding extending pleading deadline. | 0.20 | $360.00 | $72.00 |
| 04/01/2021 | John Carwile | Draft and revise proposed motion to extend responsive pleading in Main Square. | 0.60 | $360.00 | $216.00 |
| 04/01/2021 | John Carwile | Draft and revise proposed motion to extend responsive pleading in Main Square adversary scheduling order. | 0.60 | $360.00 | $216.00 |
| 04/01/2021 | John Carwile | Emails with adversary proceeding attorneys regarding motion to modify scheduling order. | 0.20 | $360.00 | $72.00 |
| 04/01/2021 | John Carwile | Telephone call with trustee Malloy regarding issues raised by motion to withdraw Main Square adversary reference and issues regarding trustee's response. | 0.40 | $360.00 | $144.00 |
| 04/02/2021 | John Carwile | Initial review of Orville Nichols' and Minor Circle's motion to dismiss Main Square third amended complaint. | 0.60 | $360.00 | $216.00 |
| 04/02/2021 | John Carwile | Final review of final draft of trustee's response to reference withdrawal motion in Main Square adversary. | 0.20 | $360.00 | $72.00 |
| 04/02/2021 | John Carwile | Telephone call with trustee Malloy regarding initial issues raised by Orville Nichols and Minor Circle's motion to dismiss Main Square adversary, and other issues regarding other procedural relief. | 0.40 | $360.00 | $144.00 |
| 04/05/2021 | John Carwile | Telephone call with Trustee Malloy regarding responses to Orville Nichols/Minor Circle's Motion to Dismiss in Main Square. | 0.20 | $360.00 | $72.00 |
| 04/05/2021 | John Carwile | Telephone call with Trustee Malloy and Mark Craige regarding prejudgment restraining order and preliminary injunction options and remedies available in adversary proceedings. | 0.80 | $360.00 | $288.00 |

| 04/05/2021 | John Carwile | Emails with trustee regarding issues regarding motion to dismiss counterclaims by Main Square adversary defendants. | 0.20 | $360.00 | $72.00 |
|---|---|---|---|---|---|
| 04/06/2021 | John Carwile | Review selected cases regarding issues involved in trustee's motion to dismiss Main Square parties' counterclaims. | 0.20 | $360.00 | $72.00 |
| 04/06/2021 | John Carwile | Emails with trustee Malloy regarding motion to dismiss grounds and issues (Main Square adversary). | 0.20 | $360.00 | $72.00 |
| 04/08/2021 | John Carwile | Review and revise draft of motion to dismiss Main Square adversary defense and counterclaims. | 0.30 | $360.00 | $108.00 |
| 04/08/2021 | John Carwile | Two telephone calls with trustee Malloy regarding motion to dismiss issues (Main Square). | 0.30 | $360.00 | $108.00 |
| 04/09/2021 | John Carwile | Review and revise drafts (and final draft) of motion to strike/dismiss Main Square and Foundation defenses and counterclaims. | 0.80 | $360.00 | $288.00 |
| 04/09/2021 | John Carwile | Telephone calls with trustee Malloy regarding final issues regarding motion to strike/dismiss Main Square/Foundation claims and defenses. | 0.30 | $360.00 | $108.00 |
| 04/09/2021 | John Carwile | Review and revise drafts (and final draft) of motion to dismiss Richard Nichols' counterclaims. | 0.60 | $360.00 | $216.00 |
| 04/09/2021 | John Carwile | Telephone calls with trustee Malloy regarding issues regarding motion to dismiss Richard Nichols counterclaims. | 0.20 | $360.00 | $72.00 |
| 04/09/2021 | John Carwile | Draft, revise and finalize trustee's answer to subset of Richard Nichols' counterclaims. | 1.20 | $360.00 | $432.00 |
| 04/09/2021 | John Carwile | Review prior pleadings to draft Trustee's answer to Richard Nichols counterclaims. | 0.20 | $360.00 | $72.00 |
| 04/09/2021 | John Carwile | Two telephone calls with trustee Malloy regarding affirmative defenses, and contents of answer to subset of Richard Nichols counterclaims. | 0.20 | $360.00 | $72.00 |
| 04/10/2021 | John Carwile | Detailed analysis of Orville Nichols' and Minor Circle's motion to dismiss Third Amended Complaint (Main Square adversary), in order to begin preparing a response. | 0.40 | $360.00 | $144.00 |
| 04/10/2021 | John Carwile | Review attorney Andy Turner's response and counter-proposal regarding amended Main Square adversary scheduling order. | 0.10 | $360.00 | $36.00 |
| 04/10/2021 | John Carwile | Telephone call with trustee Malloy regarding various issues raised regarding proposed amended scheduling order, and positions of opposing counsel (Main Square adversary). | 0.20 | $360.00 | $72.00 |
| 04/12/2021 | John Carwile | Telephone call with trustee Malloy regarding | 0.50 | $360.00 | $180.00 |

| | | various prejudgment options potentially available in Main Square adversary. | | | |
|---|---|---|---|---|---|
| 04/12/2021 | John Carwile | Begin researching (and reviewing case law) regarding trustee's available prejudgment remedies (Main Square). | 0.90 | $360.00 | $324.00 |
| 04/13/2021 | John Carwile | Review bankruptcy and federal rules regarding trustee's response to Main Square motion to dismiss counterclaims. | 0.20 | $360.00 | $72.00 |
| 04/13/2021 | John Carwile | Emails with trustee regarding response to Orville Nichols and Minor's counterclaims. | 0.20 | $360.00 | $72.00 |
| 04/13/2021 | John Carwile | Telephone call with trustee Malloy regarding issues raised by research into prejudgment remedy options. | 0.10 | $360.00 | $36.00 |
| 04/14/2021 | John Carwile | Telephone call with trustee Malloy regarding issues and areas of response to Orville Nichols and Minor Circle's motion to dismiss. | 0.20 | $360.00 | $72.00 |
| 04/14/2021 | John Carwile | Draft and finalize pleadings for extension of response to motion to dismiss of Orville Nichols and Minor Circle. (Main Square adversary). | 0.30 | $360.00 | $108.00 |
| 04/14/2021 | John Carwile | Email with defendants' attorneys regarding amended scheduling order and response deadlines. | 0.20 | $360.00 | $72.00 |
| 04/14/2021 | John Carwile | Begin review and revising of latest draft of trustee's motion for preliminary injunction (Canyon Creek). | 0.40 | $360.00 | $144.00 |
| 04/15/2021 | John Carwile | Further revisions to temporary injunction motion. | 0.50 | $360.00 | $180.00 |
| 04/16/2021 | Jason McVicker | Research authority for Motion to Strike extrinsic evidence attached to 12(b)(6) Motion. | 0.40 | $0.00 | $0.00 |
| 04/16/2021 | John Carwile | Draft and finalize motion and order for extension of time to respond to Orville Nichols' and Minor Circle's motion to withdraw reference (Main Square). | 0.40 | $360.00 | $144.00 |
| 04/16/2021 | John Carwile | Two telephone calls with trustee Malloy regarding issues and approach raised by defendants Orville Nichols' and Minor Circle, LLC's motion to withdraw reference (Main Square adversary). | 0.30 | $360.00 | $108.00 |
| 04/16/2021 | John Carwile | Begin review of transcript of deposition of Henry Smith for use in trustee's motion for temporary injunction. | 0.30 | $360.00 | $108.00 |
| 04/16/2021 | John Carwile | Begin review of cases regarding motion to strike/ convert to summary judgment (Main Square adversary). | 0.30 | $360.00 | $108.00 |
| 04/17/2021 | John Carwile | Continued review of Henry Smith deposition transcript for use in injunction motion. | 0.30 | $360.00 | $108.00 |

Invoice # 33768 - 05/10/2021

| 04/17/2021 | John Carwile | Review and revise latest draft of trustee's motion for injunction. | 0.30 | $360.00 | $108.00 |
|---|---|---|---|---|---|
| 04/17/2021 | John Carwile | Review trustee's response to Main Square/ Foundation motion to withdraw reference, to identify applicable portions to use in response to Orville Nichols/Minor Circle. | 0.30 | $360.00 | $108.00 |
| 04/18/2021 | John Carwile | Research selected case law regarding procedural options available to trustee with respect to Orville Nichols' and Minor Circle's motion to dismiss main square adversary. | 0.60 | $360.00 | $216.00 |
| 04/19/2021 | John Carwile | Begin drafting and revise portion of response to Orville Nichols'/Minor's motion to dismiss (regarding materials outside the pleadings - Main Square adversary). | 2.40 | $360.00 | $864.00 |
| 04/19/2021 | John Carwile | Telephone call with Trustee Malloy regarding contents of response to Orville Nichols'/Minor motion to dismiss. | 0.10 | $360.00 | $36.00 |
| 04/21/2021 | John Carwile | Telephone call with Trustee Malloy regarding response brief issues (Main Square adversary). | 0.10 | $360.00 | $36.00 |
| 04/22/2021 | John Carwile | Review and revise draft of trustee's motion to amend his prior response to Main Square/ Foundation motion to withdraw reference. | 0.30 | $360.00 | $108.00 |
| 04/22/2021 | John Carwile | Revise various drafts of trustee's response to Orville Nichols/Minor motion to dismiss (Main Square adversary). | 0.90 | $360.00 | $324.00 |
| 04/22/2021 | John Carwile | Review and revise Trustee's response to Orville Nichols' and Minor Circle's motion to withdraw reference (Main Square adversary). | 0.40 | $360.00 | $144.00 |
| 04/22/2021 | John Carwile | Telephone calls with Trustee Malloy regarding issues raised by current draft of response to motion to dismiss. | 0.40 | $360.00 | $144.00 |
| 04/26/2021 | John Carwile | Telephone call with trustee Malloy regarding several Main Square adversary discovery items. | 0.10 | $360.00 | $36.00 |
| 04/26/2021 | John Carwile | Meet with trustee Malloy regarding evidence and emails concerning debtor organization charts regarding consolidation claim (and follow up needed) (Main Square adversary). | 0.60 | $360.00 | $216.00 |
| 04/26/2021 | John Carwile | Review latest draft of trustee's motion for preliminary injunction. | 0.50 | $360.00 | $180.00 |
| 04/27/2021 | John Carwile | Review pages of Henry Smith deposition for use in injunction motion. | 0.20 | $360.00 | $72.00 |
| 04/27/2021 | John Carwile | Emails with trustee and Alex Sokolowsky regarding Henry Smith's deposition transcript (for use in Main Square adversary). | 0.20 | $360.00 | $72.00 |

Invoice # 33768 - 05/10/2021

| 04/28/2021 | John Carwile | Begin review of authorities (and arguments) supporting alter ego veil piercing, as applied in (Main Square) and similar adversaries. | 0.40 | $360.00 | $144.00 |
| 04/28/2021 | John Carwile | Detailed analysis and comparison of various differing organizational charts provided by Debtors in various settings, for use as (Main Square) adversary evidence. | 1.40 | $360.00 | $504.00 |
| 04/29/2021 | John Carwile | Telephone call with trustee Malloy regarding alter ego claim issues and positions applicable to adversaries (including Main Square). | 0.20 | $360.00 | $72.00 |
| 04/30/2021 | John Carwile | Review and analysis of selected Peak Methods balancing records regarding timeframe and context of money transfers (for use in Peak Methods adversary proceeding). | 0.50 | $360.00 | $180.00 |
| 04/30/2021 | John Carwile | Review latest draft of trustee's response to Peak Methods' motion to dismiss adversary. | 0.20 | $360.00 | $72.00 |

**Services Subtotal**     **$38,016.00**

## Expenses

| Date | Timekeeper | Description | Quantity | Rate | Total |
|------|-----------|-------------|----------|------|-------|
| 01/08/2021 | John Carwile | Postage on notice of SDT to Hall Estill. | 1.00 | $0.65 | $0.65 |
| 01/08/2021 | John Carwile | Postage on notice of depo of Pay Malloy III mailed to counsel. | 1.00 | $0.50 | $0.50 |
| 01/11/2021 | John Carwile | Postage on notice to take depo of Riggs Abney mailed to T. Creekmore. | 1.00 | $0.65 | $0.65 |
| 01/15/2021 | John Carwile | Postage on mailing 2nd rogs/rfpds to T. Creekmore. | 1.00 | $1.60 | $1.60 |
| 01/29/2021 | John Carwile | Postage on notice and subpoena. | 1.00 | $0.71 | $0.71 |
| 01/29/2021 | John Carwile | Postage on notice to take depo of R. Wofford mailed to T. Creekmore. | 1.00 | $0.51 | $0.51 |
| 01/29/2021 | John Carwile | Postage on letter mailed to Scott Kirtley enclosing subpoena on CrossFirst. | 1.00 | $0.91 | $0.91 |
| 01/31/2021 | John Carwile | Copying January 2021: 833 page(s) @ $.15 each. | 1.00 | $124.95 | $124.95 |
| 01/31/2021 | John Carwile | Copying January 2021: 516 page(s) @ $.10 each. | 1.00 | $51.60 | $51.60 |
| 02/05/2021 | John Carwile | R.L. Roberts Inv. 020.005 fee to serve Kathy Wofford. | 1.00 | $118.24 | $118.24 |
| 02/12/2021 | John Carwile | Postage on letter regarding depo cancellation mailed to counsel. [2 x $.51]. | 1.00 | $1.02 | $1.02 |
| 02/28/2021 | John Carwile | Copying Feb 2021: 73 pages x $.15. | 1.00 | $10.95 | $10.95 |

Invoice # 33768 - 05/10/2021

| 03/12/2021 | John Carwile | Tulsa Freelance Reporters, LLC Invoice 6029 for deposition transcript of Henry Smith III. | 1.00 | $450.80 | $450.80 |
|---|---|---|---|---|---|
| 03/12/2021 | John Carwile | Tulsa Freelance Reporters, LLC Invoice 5955 for transcript of 341 meeting transcript. | 1.00 | $250.00 | $250.00 |
| 04/30/2021 | John Carwile | April B/W Copying: 15 page(s) @ $.15. | 1.00 | $2.25 | $2.25 |
| | | | **Expenses Subtotal** | | **$1,015.34** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Courtney Cagle | 5.5 | $0.00 | $0.00 |
| John Carwile | 105.6 | $360.00 | $38,016.00 |
| John Carwile | 1.2 | $0.00 | $0.00 |
| Jason McVicker | 0.4 | $0.00 | $0.00 |
| | | **Subtotal** | **$39,031.34** |
| | | **Total** | **$39,031.34** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 33768 | 06/09/2021 | $39,031.34 | $0.00 | $39,031.34 |
| | | | **Outstanding Balance** | **$39,031.34** |
| | | | **Total Amount Outstanding** | **$39,031.34** |

Please make all amounts payable to: Baum Glass Jayne Carwile & Peters PLLC
Tax ID No.: 45-5626026